FILED BY _____CDS_____ D.C.

Sep 3, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

United States District Court
Southern District of Florida
West Palm Beach Division

Joseph D. Gilberti, P.E.                Case No: _____
    Plaintiff,
                                        COMPLAINT
    v.
                                        DEMAND FOR JURY TRIAL

Donald J. Trump; Vice President Kamala Harris; President Joe Biden; Special Counsel Jack Smith; AG Alvin Bragg (NY) Department of Commerce; Federal Bureau of Investigation (FBI); AG Letitia James (NY); Broadcasting Board of Governors; U.S. Department of Justice; Sarasota County Board of County Commissioners; Judge Donna Marie Padar; Judge Aileen Cannon; Judge Sheri Polster Chappell; Judge Tom Barber; Judge James Dominguez; Judge Mark Wolfe; Judge James Conrad.
    Defendants.

(MOTHER EARTH'S HIDDEN PRIMARY ENDLESS SPRING WATER TO TAP/REGIONS)

ANTIOXIDANT/USA FUSION

Organized Fraud, Conspiracy to Defraud the United States, and Dissemination of Technical, Scientific And Engineering Information
"Title 15, 18, 22, 42, and 50 US Code"

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRCP hereby files a Complaint for Organized Fraud, Conspiracy to Defraud the United States, and Dissemination of Plaintiff's discovery and access to 'Primary Water' from Earth's (1) Core, with no Rain Dependencies.

<u>United States District Court</u>
<u>Southern District of Florida</u>
West Palm Beach Division

Joseph D. Gilberti, P.E.            Case No: _____
    Plaintiff,
                                    COMPLAINT
v.
                                    DEMAND FOR JURY TRIAL

<u>Donald J. Trump</u>; Vice President
Kamala Harris; President Joe Biden; Special Counsel Jack Smith; AG Alvin Bragg (NY)
Department of Commerce; Federal Bureau of Investigation (FBI); AG
Letitia James (NY); Broadcasting Board of
Governors; U.S. Department of Justice; Sarasota
County Board of County Commissioners; <u>Judge Donna</u>
<u>Marie Padar</u>; Judge Aileen Cannon; Judge Sheri
Polster Chappell; Judge Tom Barber; Judge James
Dominguez; Judge Mark Wolfe; Judge James Conrad.
    Defendants.

(MOTHER EARTH'S HIDDEN PRIMARY ENDLESS SPRING WATER TO TAP/REGIONS ANTIOXIDANT/USA <u>FUSION</u>)

<u>Organized Fraud, Conspiracy to Defraud the</u>
<u>United States, and Dissemination of Technical, Scientific</u>
<u>and Engineering Information</u>
"Title 15, 18, 22, 42, and 50 US Code"

<u>Comes Now</u>, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRCP hereby files a complaint for <u>Organized Fraud, Conspiracy to Defraud</u> the United States, And <u>Dissemination</u> of Plaintiff's discovery and access to "Primary Water" from Earth's (1) Core, with no Rain Dependencies.

## I. Introduction

(1) Plaintiff, Joseph D. Gilberti, P.E. (PE #56079) has statewide infrastructure Civil Engineering plans with access to a unique hidden U.S. Drinking Water Resource at 9458 Daughtrey Road, Sarasota, FL 34266 since 2012. Defendants have purposely disseminated, called Resource 'Fictitious', made false arrests, cheated in trials, taken civil rights and worked to collectively suppress the Florida project, to hide the deep underground knowledge, that teaches all States and Nations how to 'Access and Locate' Antioxidant Spring Water Oceans (ENDLESS) to taps of major metropolitan cities, Middle East Nations to end Wars, and HELP Nations to minimize hunger, oppression and migration. See Gilberti v. United Nations, et.al.

## II. Jurisdictional Statement

(2) This court has Federal Jurisdiction per Title 15 USC (§§1151-1157); Title 18 USC (§241-242, §371); Title 22 USC (§§1461-1464); Title 42 USC (§§1900-1985); Title 43 USC (§§31-50e)(§§1451-1477); Title 50 USC §3. This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to act on "All Cases, in law and equity, arising under [the] Constitution."

## III. Parties in Case

(3) Plaintiff is Joseph D. Gilberti, P.E. A resident of Florida doing business in Florida and United States.

(4) Defendants are doing business in the State of Florida and the United States and have 9-12yrs of interest in Plaintiff's property, work, land, project.         (2)

## IV. Take Judicial Notice

(5) Plaintiff request this court to take Judicial Notice of cases in State and Federal Courts where Defendants and others have disseminated and suppressed the Plaintiff's project, the secret underground resource, its knowledge, calling Water Supply "Fictitious" or "Patently Insubstantial" or "Meritless", in an "Organized Fraud" attack with an "Ongoing systematic scheme to disseminate and defraud the Public, Plaintiff, his clients, Agencies, Voters, Banks and Universities Since 2012."

(6) *Federal Cases: ① Gilberti v. Federal Reserve, et al. (closed)
　　　　　　　　② Gilberti v. Desantis, et al. (closed)
　　　　　　　　③ Gilberti v. CDC, et al. (closed)
* See Judicial Notice　④ Gilberti v. Biden, et al. (open)
in open cases　　　　⑤ Gilberti v FBI, et al. (open)
Dissemination!　　　⑥ Gilberti v. United Nations, et al. (open)
on USA
Water Supply (cos)　⑦ Gilberti v. Ardussa, et al. (closed)
　　　　　　　　⑧ Gilberti v. Rubio, et al. (open)
　　　　　　　　⑨ Gilberti v. Council of National Defense, et al. (open)
　　　　　　　　⑩ Gilberti v. VP Kamala Harris, et al. (open)
　　　　　　　　⑩a Gilberti v. Pentagon, et al. (US Supreme Ct 11.3 law)

(7) State Cases: ⑪ State v. Gilberti - Cir 12 Fla/2021 CF 07559 NC (open)
non-stop　　　⑫ State v. Gilberti - Cir 13 Fla/12-CM-011299-A (closed)
Attacks!　　　⑬ State v. Gilberti - Cir 13 Fla/16-CF-010976-A (closed)
on
Plaintiff/USA　⑭ Gilberti v. Florida Bar, et al. - Fla Supreme Ct/SC2024-0963 (open)
　　　　　　⑮ 72 Partners v. Cecil Daughtrey - Cir 12/2011 CA 04209 NC (open)
　　　　　　⑯ Gilberti v. 72 Partners - Cir 12/2019 CA 04532 NC (open)

(3)

### IV. Judicial Notice (CONT.)

(6) State Cases: (17) <u>Gilberti v. Ashley Moody, et al</u> - MANDAMUS (open)

(18) <u>Gilberti v. FBI, Desantis, et al</u> - Cir 12 Sarasota (open)
2024-CA-00155 (open)

(19) <u>72 Partners v. Gilberti, FBI, et al</u> - Cir 12 (open)
2021-CA-1009-NC (open)

(20) <u>Gilberti v. Mark Adams, et al</u> Cir 12 Sarasota (open)
2022-CA-1385-NC (open)

(21) <u>Gilberti v. Nikolas Cruz, et al</u> - Cir 17 Broward (Closed)
* [ Smith Mundt Acts ] HR 5736 (2012)

(22) <u>State v. Cory Gilberti</u> - Cir 17 Broward (Hidden/PTI) (Hidden)
AR-15 setup CASE 17-02130CF10A

(23) <u>Gilberti v. Sheriff Carmine Marceno, et al</u>  Cir 20 (Ft Myers)
CASE 2022-CA-0380-NC (Closed)
(Attempt school shooting w/ Smith Mundt CIA ops
* <u>Critical USA</u>                with US Marines to testify on payoffs
  <u>Note</u>:                        on attempted kill of Plaintiff's kid.

(7) Once the <u>Critical Resource</u> is <u>VERIFIED</u> all the
attacks are real. But Judges, Defendants in too deep to help
America as they still don't have deeds/access to Resource like
Plaintiff; therefore, attack continues thru another useless Election.

(8) If President Obama, Michelle Obama and Desantis/Rick Scott in
2012 would have helped v. Attacked with Smith Mundt Act MOD (HR5736)
of 2012 (5-10-2012), the project and Global Knowledge would have
Avoided millions of Cancer/Disease Deaths, Middle East Wars ect. They
sold out USA/Humanity.  (4)

## V. Complaint and Allegations

(9) Plaintiff asserts the following Counts as related to ongoing/closed/cheated cases and ongoing State and National Organized Fraud and Dissemination/Conspiracy by Defendants, their constituents, staff and ongoing deceptive acts to suppress and attack Plaintiff's Civil Rights, clients, the United States and specifically Florida (Exhibit A) and NJ/NY 'Primary Spring Water' access to 'Oceans Beneath the Earth'.

(10) Defendants together with Media monopolies, online platforms, Internet, television networks, entertainment industries has hidden the unique underground 'Medicinal spring water rivers' available to the tap with a massive coup within the Department of Justice, involving fake police reports, fabricated 4-15 emails, bond hikes utilizing Propaganda/Smith Mundt Acts through H.R. 5736. The following allegations are as follows:

### Count 1 - Organized Fraud by Defendants

(11) Since 2012, after Plaintiff, a civil engineer, exposed a 'Primary Water' unique access point at Cecil Daughtrey Ranch located at 9438 Daughtrey Road, Sarasota, FL 34266, approximately 2000' below Well No. 7, with See 1 & 2, shown on Gilberti v. 72 Partners Sarasota Cir. 12 case 2019 CA 04532 NC (DIN 197); a barrage of systematic attacks by Defendants, Local and Federal officers/agents has transpired, thru 'Organized Fraud,' and 'Conspiracy' see Title 18 USC (§241-242) and §371 to stop ongoing Engineering Permits and Statewide exposure. See Gilberti v. Council of National Defense, ACOE, NRDC per Title 50 USC § 3; Statewide National Defense upgrade from CENTCOM to Southcom.

(5)

## Count I - Organized Fraud (cont.)

(12) Organized Fraud is ongoing by Sarasota Judge Donna Marie Padar and Sarasota Commission caught in a 'Fraud Transfer'. See case 2011 CA 04209 NC, TZ Partners LLC vs Cecil Daughtry, fraud sale on October 5, 2020. See 'Request to Prosecute' (Dkt 197) on case 2019 CA 04532 NC, for details of tax and Sale Fraud tied to Many FEMA Frauds shown in Gilberti v. FBI, et al., Tampa Middle Dist.

(13) "Organized Fraud includes elements (1) engaging in or furthering a systematic, ongoing course of conduct (2) with (a) intent to defraud, or (b) intent to obtain property by false and fraudulent pretenses, representations, or promises, or willful misrepresentations of a future act. (3) resulting in temporarily or permanently depriving any person of the right to property or a benefit therefrom, or Appropriating the property to one's own use or to the use of another person not entitled thereto." Here Defendants have taken Plaintiffs rights, lands with timed attacks to disseminate the project, steal the proprietary information and sell it to the county to hide lower water bills and much healthier water to a 4-6 county 'Peace River Manasota Water Supply Region.' And to suppress and disseminate value and Global Knowledge with Federal Judges calling everything 'Fictitious' or 'Patently Insubstantial' since Ketanji Brown Jackson's frivolous order on Gilberti v Federal Reserve, et al. Defendants with Judge Padar made Jury leave room during entire trial, see Ck 12 case 2021 CF 07859 NC, mistrial transcripts, with Jury manipulation/Fraud in court. To attack Plaintiff with Sheriffs/Cops/FBI doing complex title litigation. (14) See Gilberti v Fla Bar, et al - SC 2024-963 at Fla Supreme Ct.

VI(E) <u>Count 2 - Conspiracy to Defraud the People of the United States - Raw Water Resources - Title 22 USC (1461-1464b)</u>

(14) Defendants collectively have, with media, entertainment industries, TV, programming with video games, movies, paid lies, have used Title 22 USC Propaganda and Dissemination, to hide a very simple issue. Its amazing its still working? <u>ENDLESS ALKALINE SPRING WATER to TAPS vs. LIMITED MORE EXPENSIVE TREATED CHEMICAL RIVERS/GROUNDWATER.</u> EPA Health advisories set TREATED Water goals 4 (1 in 10,000) get Cancer, LEVEL OF SERVICE at TAP.

(15) Since Plaintiff found access to deep underground OCEANS, a Conspiracy by Defendants to attack his project, called Water 'Fictitious' and Defraud the United States began in 2012. Starting with Obama and his Oil/Water friends George Bush (Blue Gold Bush Family).

(16) Defendant (the Judges, State attorneys in West Florida and DC) with Department of Justice, Trump, Harris, Broadcasting Board of Governors, and Defendants have fired Cocky attacks on USA and Plaintiff retroactive with 'Primary Water', Doubletree Ranch exposure and FDEP Permitting, emails, ect; Boston Marathon and Parkland Shooting (Broward).

(17) Defendants are still attacking after turning Title 22USC §1461/a onto Americans via <u>Smith Mundt Act of 1948</u> through Congress Rex Thornberg on May 10, 2012 with H.R. 5736. Must be Repealed entirely!

(18) The Department of Commerce and Defendants are purposely hiding this Global Deep underground endless drinking Water knowledge to increase living cost, food, fuel, construction cost on travelers; causing more debts thru <u>Dissemination</u>. While trying to steal Plaintiffs land with Sarasota County Commission. See State cases in this complaint 2019 CA 04572 NC, by (7) <u>Gilberti vs 72 Partners LLC.</u> (open).

VII. Count 3 - Title 15 USC (§§1151-1157) Dissimination of Technical, Scientific and Engineering Information

(19) Title 15 USC §1152(a) search and collect information - Here Defendants with Presidents, Department of Commerce have SPECIFICALLY did the opposite and hid the project from the Media with control of Board of Broadcasting Governors, for USA and all Nations. Using TV, Internet to create Wider Wars, Middle East Wars, Violent TV, Violent news, violent video games, to dissiminate the Plaintiffs GLOBAL ANSWERS to END WARS, HUNGER, MASS MIGRATION, all tied to selfish Presidential Elections, and Media ratings thru Dissimination of Plaintiff's Professional Engineering finals, Permits for "Reutilization of National Defense for the Florida Peninsula" - See Gilberti vs United Nations, et. al and Gilberti v. Council of National Defense and Gilberti v. Kamala Harris, et. al.

(20) Title 15 USC §1152(b) - Defendants 'Failed' to make Plaintiff's Technical, Scientific and Engineering Information (Plans and Agendas) Available to industry and business, to state and local governments, to other Agencies of Federal Government (HIDE IT FROM TV, MEDIA, JOURNALS, and Attack anyone who tries to help!) and the General Public through preparation of abstracts, digests, translations, bibliographies, indexes and microfilm and other reproductions, for distribution directly or by utilization of business, trade, technical, and scientific publications and services. SEE EXHIBIT 'A'

(21) Defendants attacked, hid and suppressed Plaintiffs Global Health/Economic Impacts to destroy American kids with higher crimes, oppression, LIES, Cancers, viruses; this Global Wider Knowledge reduces significantly! Thru Dissimination /TV, (8) and Courts, DOJ, Dept of Commerce, Apathy.



<u>Count 3 - Dissemination of Technical, Scientific and Engineering Information - Title 15 USC - hiding 'Primary Water' Access Points to Taps, Nations and Media outlets</u> (cont.)

(22) Defendants with Secretary of Commerce have purposely hid this Global 'Water Origin' knowledge with NASA, ELON MUSK, World Health, CDC and Media to create a Global Crisis/USA reduction in "Quality of Life"; an ongoing attack, with 'Fraud Transfers' by Judges/Lawyers in Sarasota.

(23) The Secretary of Commerce (Title 15 USC § 1154) is directed to refer to the armed services all scientific or technical information, coming to his attention, which he deems to have an immediate or potential practical value or significance, and refer to the heads of Government agencies such scientific or technical information as relates to activities within the primary responsibility of such agencies. Here the Secretary and Defendants, US Presidents, failed to disclose the New York and Florida fix in 'Primary Water' access. See <u>Gilberti v. Federal Reserve</u>, et al.; <u>Gilberti v. Pentagon</u>, et al., <u>Gilberti v. CDC</u>, et al, <u>Gilberti v. Desantis</u>, et al. and more, <u>IF DEFENDANTS DON'T KNOW OR CARE, then resign or your NOT VERY PATRIOTIC or RESOURCEFUL; or a CRIMINAL?</u>

(24) Defendants attacked, calling Water, 'Fictitious' or 'Patently Insubstantial' without a care for Humanity, USA and its Economics, Healthcare and National Defense, or <u>THE PEOPLE</u>!

(25) Defendants are still organizing attacks with Sarasota County Commission, Ed Bodsky, Judge Donna Marie Padre. Preparing another attack for a hearing for MISTRIAL on 9-11, 2024, by a SPOILED/FOOLISH Gang of Premadonnas attacking USA. See <u>Gilberti v. George Bush</u>, et al - CIR 15/2023-CA-016963-MB hidden by Media/Defendants. (F6) 9-11 Sarasota Connections/Greed.

## VI. Request for Relief

(26) Plaintiff request immediate Injunctive Relief, Punitive Damages and Pardons of All state convictions due to falsified Police Reports to dissiminate his deep underground Technically PROVEN AQUIFER, Infrastructure Plans, Permit Petitions, Alignment Studies for both Florida (Tampa to Miami) Project and New Jersey to New York City Project immediately. Injunctive relief is specifically outlined as follows per Defendants in order listed on Page 1 as Defendants:

(A) Donald J. Trump — Disclose both Projects on National TV with 'Kamala Harris' immediately to help Florida, NJ, NY and all 50 states, as well as United Nations, Middle East find Many More hidden within or near deep underground military bases, and from geological information shown on Plaintiff Lawsuits, WWW.GilbertsBlueGold.com per "Gilberts KT Hypothesis" and ongoing FDEP Permits, Major University, Engineering Society emails, LOI's, etc. STOP DISSIMINATION and Apathy on Resource.

(B). Vice President Kamala Harriss/President Joe Biden, Dept. of Justice; Dept. of Commerce, FBI, Board of Broadcasting Governors. Same as (A.) for Mr. Trump above, while investigating All Florida (Water Boards) and New York City Mail Fraud for sending higher water Bills with "Treated Water v. Filtered Primary Spring Water." Investigate Ashley Moody, Sarasota, Manatee to Lee County Sheriffs for illegal arrests via systematic attack by Oct 12, 13, 17 - 20, and US. Middle District Courts, DC Courts, US Southern Ct of Florida, via All cases listed on Judicial notice. Report (11) on All Florida Judges listed to Public/Media.

## VI. Request for Relief (cont.)

(1)(c) Sarasota County Commission, Judge Donna Marie Padar, Judge James Dominguez, Judge James Conrad, Judge Mark Wolfe to pay $300,000,000 dollars in damages, write a full report on why they attacked America, with Greenberg Traurig, 72 Partners LLC, to stop the Engineer of Record. Why they breached their oath and continue to DISSIMINATE THE AMERICAN PEOPLE with State Attorneys and Lawyers such as but not limited too, Christopher Shaw, Shiela Sanghvi, Robert Mrsowoski, Tom Widen, Christopher Wallet, Mark Adams, Pam Bondi, Ashley Moody, Ron Desantis, Rick Scott, Ketanji Brown Jackson, Mark Ober, Andrew Warren, Sheriffs Hoffman, Sheriff Marceno, Sheriff Gee, Sheriff Israel, Sheriff Gregory, Sheriff Chronister, to hide US National Defense Plan per Gilberti v. United Nations, et al. and Gilberti v. Council of National Defense, et al. per Title 50 USC § 3., Detain Judges with FBI/DOJ.

(d) Require Sarasota Commission to Return all 2380 acres to the Cecil Daughtry Family with a Connection Agreement (per Plaintiff Plans) for 'Prossey Spring Water' to lower Water Bills. Stop Wire/Mail Fraud and arrest 72 Partners LLC, their lawyers and Attorneys Ryan Snyder, Brandon Daniels for Oct 5, 2020 'Fraud Transfer' to hide US Resource from USA. See Case 2011 CA 04209 NC, 72 Partners v. Daughtry and Case 72 Partners v. Gilberti / FBI, et al Case 2021 CA 1009 NC and Padar Mistrial (corruption) d/r/z Case 2021 CF 07359 NC. (FDEP Permits!) (13)

## VI. Request for Relief (cont.)

- (27) Plaintiff request Department of Justice RE-OPEN all Federal cases that called these projects 'Fictitious' or 'Patently Insubstantial' or 'Meatless' immediately and detain/question Judges for Title 18 USC §§ 241-242; 371 for conspiring against America, Middle East, Water poor nations. Detain Ketanji Brown Jackson and Require an Immediate "Evidence Hearing" with Engineers, ACOE, NRDC and Plaintiff/Ushcooperatives helping now, on Water Readings at Daughtry Ranch. To ask simple questions on her Attack Not Order for Gilberti v. Federal Reserve, et al in 2019; which helped her promotion by Biden into US Supreme Ct Justice. Remove her from Supreme Ct w/FBI.

- (28) Plaintiff request Special Council Jack Smith to verify Resource and review Service to Biden and Trump in March 2020 for Gilberti v. CDC, et al, showing US Treasury artwork of COVID19 Mask on $20 bill since 1996. Why this wasn't exposed to Public daily to compromise Vaccination propaganda!

- (29) Plaintiff request Department of Justice to call in all US Senate and US Congress for initiating H.R. 5736 Smith Mundt Act Mod of 2012 on America. Initiating an Attack per Title 22USC to Fake News Americans to Disseminate Water Supply available to Nations like Middle East, Southern California, Mexico, Texas where Migration can now be compromised with New Power, Water, Development in Food, Living, New Cities in Mexico, and Repeal all Title 22 USC Dissemination of Water Supply and H.R. 5736, ect. Everything on Earth changes to Good when TRUE WATER ORIGINS (17) open to Mankind! New Beginning!

## VI. Request for Relief (CONT.)

-(30) Plantiff request Court to require Biden, Harris, Trump and Department of Justice to disclose these projects EVERY DAY (Mandate) with National TV through the Board of Broadcasting Governors, and its Legal Ability to do so. Expose to Military to have A NEW Massive "Peace Corp" expose to Russia, China, India, Africa, Middle East Nations to end the Water Wars, Hunger Wars, oppression. Join together v. Disseminate. See Exhibit _

## VII Conclusion

-(31) Wherefore, Plantiff request court to Ajudicate All counts And provide All relief requested and issue Injunctions on All Defendants for Relief requested to help America open "Primary Water", lower Cancers, Risks and Food Cost go down. Help end Wars, Migration by ending Media/Judicial Dissemination and Attack by Illicite DOJ, Leaders & Judges still ongoing today Against Plantiff/Public to hide Resources. Stop Attack on USA/Nations and my life/Projects And Family to hide "Primary Water"/Water Origins Access, to USA, And Humanity.

### Certificate of Service

On August 28, 2024, Plantiff mailed the forgoing to the US District Clerk of Court At 701 Clematis Street, Rm 215, West Palm Beach FL, 33401-5101.

Joseph D. Gilberti, P.E. # 2021-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 34236
(kidnapped by Pedos)

cc/ United Nations/Dept of Defense/ US Senate/Congress/Colleges/FBI.

(14)

Joseph D. Gilberti, P.E.
#2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 34236

TAMPA FL 335
SAINT PETERSBURG FL
30 AUG 2024 PM 6 L



USMS INSPECTED
BY _____

U.S. District Court of Southern Florida
Clerk of Court
701 Clematis Street, Rm 215
West Palm Beach, FL 33401-5101

33401851113 C028

Mailed from the
Sarasota County Jail