U.S. District Court of Florida
Southern District Division
West Palm Beach, FL

Joseph D. Gilberti, P.E.,                    Case No: 9:24-cv-81065-DMM
    Plaintiff,

v.

Donald J. Trump; V.P. Kamala Harris;
Judge Donna Marie Radar; Board of Broadcasting
Governors; President Joe Biden; et. al.

FILED BY ACS D.C.
SEP 16 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## Plaintiff Request Judge Donald M. Middlebrooks RECUSE Himself from case

Comes Now, Plaintiff, Joseph D. Gilberti, P.E., pursuant to FRCP request Judge Donald M. Middlebrooks RECUSE HIMSELF due to obvious conflicts with Defendants, such as but not limited to, Board of Broadcasting Governors tied to American Broadcasting Companies, Inc., which Judge Donald M. Middlebrooks defended in Birks v. Cook, Inc., 509 So 2d 1112 while working for Steel, Hector and Davis Law firm. (1) Judge Donald M. Middlebrooks should also recuse himself from and other assigned cases, such as Gilberti v. National Guard, et al in this district. The fact that he was assigned to both within a two week period, when Trump worked in Hollywood and Kamala Harris is married to Mr. Emhoff who works in Hollywood all tied to Title 22 USC §1461-1a and 2612 (1) H.R. 5736 IS A CONFLICT!

Facts (cont.)

(2) Plaintiff has a Mandamus file in Boston MA, called Gilberti v. Secret Service, et al, filed on 9-11-2024 in Federal court, with correspondence involving Judge Donald Middlebrook and Aileen Cannon in conflict with the systematic attacks.

(3) Plaintiff feels he will not receive a fair and impartial trial with Judge Middlebrooks.

(4) Judge Middlebrooks is upset at JQC issues on related Judges which Plaintiff has JQC issues on file with over 16 Sarasota and Florida Judges.

(5) The Southern District is aware of South Florida Act Dissemination fired to Boston Marathon and Complaint/Civil Rights as well as the Stoneman Douglas Shooting and AR15 issues and Gilberti's cousin in Broward. As well as Plaintiff's offer to Parkland Survivors due to firing of FDEP Inclusion list for Funding 17 days prior to Shooting. As if nobody knows. Thousands see the firing now. Secret Service too. Test the Resource! Verified by Jim Murry who withdraws all Palm Beach agencies.

(6) Judge Aileen Cannon receives Gilberti v. Rubio, et al on July 17, 2024 and next day Trump 'Fantastic Ear Shooting' by Mr. Crooks?... happens next day and 34 charges dropped. Like America is a bunch of Fools! But Trump won't verify resource with Harris? See Trump ICE Bottled Water?          (2)

## Facts (Cont.)

(7) Plaintiff is suing Elon Musk, Mark Cuban, Trump, Harris, NASA, SpaceX and more in Texas/California for similar Title 22 USC dissimination and Adding Judge Donald Middlebrook for said issues. So this Motion/Request puts Judge Middlebrooks and all Southern District on Notice is Northern, Middle and (Florida) Southern District have played the US Resource/knowledge to suppress it with Ketanji Brown Jackson order in Gilbert v. Federal Reserve, et al. in 2019. An "ongoing systematic conduct to Defraud the United States" with Federal/State courts to attach 'site sourcing' of deep underground "Primary Spring Water" access that is ENDLESS with a Hollywood gang of JERICOFFS!

(8) Hollywood, Presidents, Board of Broadcasting Governors (Global Media) with Judges, Sheriffs, Cops, Lawyers, CIA, FBI, need to help America and open this Technical, Scientific and Engineering data per Title 15 USC versus Country Votes for two Chickens afraid to Lead. Otherwise I wouldn't be kidnapped OVER and OVER again by Trump/Sarasota Judges/Fake Cops.

Wherefore, Plaintiff for said reasons above (1-8) request Judge Middlebrooks to recuse himself from any case with Plaintiff involved.

### Certificate of Service

On Sept 11, 2024, Plaintiff mailed the foregoing to Clerk of Court at 701 Clematis Street, Rm 215, West Palm Beach, FL 33401-5101.

cc/Secret Service/ACOE/Congress/ Universities/Media/FBI.

Joseph D. Gilbert, P.E. #2024-2237
2020 Main Street
Sarasota, FL 34236

Joseph D. Gilberti, P.E.
#2024-2232
Sarasota Jail
2020 Main Street
Sarasota, FL 33436

TAMPA FL 335
SAINT PETERSBURG FL
12 SEP 2024 PM 7 L

US District Court of Southern Florida
Clerk of Court
701 Clematis Street, Rm 215
West Palm Beach, FL 33401-5101

USMS INSPECTED

33401-511365

Mailed from the
Sarasota County Jail