**In and for The Florida Southern District Federal Court, West Palm Beach, FL**

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

Case: **9:24-cv-81065**

    Petitioner(s),

**DEMAND FOR JURY TRIAL**

v.

**Donald J. Trump**, et al

```
FILED BY ___ CAS ___ D.C.

DEC 02 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.
```

    Defendant(s).

_____/

## Objection to Order to Dismiss Case

Plaintiff, Joseph D. Gilberti, PE, Pursuant to FRCP hereby object to the order received November 25, 2024, in Sarasota Jail dated (November 19, 2024, Docket # 12) reasons for objections are as follows:

1. This Court is in Conflict of interest pursuant to the motion to recuse filed prior to the order.

2. This court dismissed the case retroactive on the filing Gilberti v Melania Trump et al. (9:24-cv-81427). In an ongoing systematic scheme to defraud the public of primary water access (spring water) and build in palm beach county unnecessary $400-million-dollar desalinization plant.

3. This court disregarded the public health and the safety of the citizens by ignoring the mandamus and the fix from plaintiffs' consultants to remove GMO ethanol created by the ACOE with a Dow Chemical/GE grant for $300 million in 2016 by a lawyer/judge sitting in a chair with no experience in water supply or blue green algae cleanup.

4. This Court Judge Middle Brooks timed his dismissal with Judge Leibowitz who is in conflict with Marco rubio due to Judge Leibowitz family funding Rubio's campaign in 2016 who trump has named defense secretary.

5. This court must take judicial notice of Gilberti v Ashley Moody Mandamus in Leon County FL and Gilberti v Secret Service in Boston MA and Gilberti v Melania Trump in Southern District Florida. All 3 cases demonstrate the attack by Florida Us leaders judges and civil servants to suppress the primary water access and said issues using HR 5736 approved May 10, 2012 retroactive with Plaintiff's SWFWMD meeting with resource at Cecil Daughtry ranch located at 9438 Daughtry Road Sarasota FL 34266 approximately 2000 ft below well number 2 north of Clark Road on Plaintiff's property that is still in title dispute from a fraud transfer by Sarasota County Commission and 72 partners LLC. See Circuit 12 case 2019 CA 04532 NC Gilberti v 72 Partners et al.

6. FBI contacted plaintiff and is investigated said issues from judges calling the water supplies fictitious see Gilberti v George Bush in New York Southern District.

7. AMPS Aquifer Maintenance in palm beach county maintains aquifers in palm beach county has verified all claims that this court claims frivolous without any experience or allowing the plaintiff to help the public.

8. This case is tied to Gilberti v George bush in New York Southern District Court and New Jersey District Court in Newark and is fully aware of it and has sabotaged this case for unknown gains to be seen as this judge is now named in Gilberti v Rockefeller and Melania trump.

Plaintiff hereby requests this court to reinstate the case and issue summons so defendants can work with plaintiff to fix said issues or crossclaim bad defendants causing the said issues.

## <u>Certificate of Service</u>

I hereby Certify that a copy of the objection to order of dismissal was filed on November 25, 2024, at Florida Southern District Clerk of Court.

<u>Joseph Gilberti</u>
Joseph D Gilberti PE
Petitioner
813-470-6000
239-980-3149
<u>Gilbertiwater@gmail.com</u>
<u>Sarasota911Connection@gmail.com</u>
<u>www.GilbertiBlueGold.com</u>

...sel from 2023 to 2024.[2][3]

|  | 1971 (age 52–53) Miami, Florida, U.S. |
|---|---|
| **Education** | University of Pennsylvania (BA, JD) London School of Economics (PhD) |

## Federal judicial service  [ edit ]

In 2021, U.S. Senator Marco Rubio recommended Leibowitz to the Biden administration to be a federal judge.[4] On November 1, 2023, President Joe Biden announced his intent to nominate Leibowitz to serve as a United States district judge of the United States District Court for the Southern District of Florida. He was nominated as part of a bipartisan package of nominees which included Jacqueline Becerra and Melissa Damian.[5] On November 6, 2023, his nomination was sent to the Senate. President Biden nominated Leibowitz to the seat vacated by Judge Federico A. Moreno, who assumed senior status on July 17, 2020.[6] On November 29, 2023, a hearing on his nomination was held before the Senate Judiciary Committee.[7] On January 3, 2024, his nomination was returned to the president under Rule XXXI, Paragraph 6 of the United States Senate[8] and he was renominated on January 8, 2024.[9] On January 18, 2024, his nomination was reported out of committee by a 16–5 vote.[10][11] On February 27, 2024, the Senate invoked cloture on his nomination by a 64–33 vote.[12] Later that day, his nomination was confirmed by a 64–33 vote.[13] He received his judicial commission on March 1, 2024.[3]

## Personal life  [ edit ]

Leibowitz is the nephew of Norman Braman, a billionaire with a car dealership empire throughout South Florida. Braman is one of senator Rubio's most prominent benefactors, including donating between $5 million and $10 million to Marco Rubio 2016 presidential campaign.[5][14]

## References  [ edit ]

1. ^ "Questionnaire for Judicial Nominees" (PDF). United States Senate Committee on the Judiciary. Retrieved November 28, 2023.

2. ^ a b "President Biden Names Forty-First Round of Judicial Nominees" (Press release). Washington, D.C.: The White House. November 1, 2023. Retrieved November 1, 2023. ℗ This article

9. ^ "Nominations Sent to the Senate" (Press release). Washington, D.C.: The White House. January 3, 2024.

10. ^ "Results of Executive Business Meeting – January 18, 2024" (PDF). United States Senate Committee on the Judiciary. Retrieved January 19, 2024.

not to release lake water east into the St. Lucie River. Citing public safety, the Corps decided to release the water anyway.

"We are one of the exit valves, the safety valves for when the lake builds up to high levels," Fielding explains. "It was an enormously unusual wet year. The lake can build up six times faster that we're able to release."

The Corps is keeping the water level low in Lake Okeechobee to prevent a possible breach of the 80-year-old earthen dike that surrounds the lake — a breach that could be catastrophic and lead to flooding in nearby communities.

Because of the massive algae bloom, Florida Gov. Rick Scott has asked President Obama to declare a federal emergency and make federal emergency funds available. The White House rejected the request, saying Florida has the resources to handle the problem itself. Scott is appealing the decision.



Florida Gov. Rick Scott has asked President Obama to declare a federal emergency and make federal emergency funds available to deal with the algae bloom.
*Greg Allen/NPR*

Mark Perry is the executive director of the Florida Oceanographic Society, an environmental education and research center in Stuart. He agrees that the Obama administration and federal agencies like the U.S. Fish and Wildlife Service, the National Oceanic and Atmospheric Administration, and even the Centers for Disease Control and Prevention should be involved in managing the algae crisis.

But the long-term solution, he says, is to restore the region's natural flow — and send water from Lake Okeechobee south through lands farmed by some of the nation's largest sugar producers.



Play Live Radio

HOURLY NEWS   LISTEN LIV

Sun &
Spo

Shop Black Friday

Sponsor Message

_In the 2nd Judicial Circuit Court of Florida_

_in and for Leon County, Florida_

_Tallahassee, Florida_

Joseph D. Gilbecti, P.E.                  Case No: 2024 SA 001529

    Petitioner,                                    NEW CASE

v.

                             | Mandamus - Organized
                             | Fraud to hide Critical

Attorney General Ashley Moody;   | Drinking Water Aquifers

Governor Ron DeSantis; Florida   | And U.S. Defense Resources

Department of Law Enforcement (FDLE);   per Title 50 USC § 3.

Florida Department of Business and Professional

Regulation; Florida Department of Environmental

Protection; Florida Agricultural Commissioner.

            Respondents.

_Petitioner request for Writ of Mandamus_

    Comes Now, Petitioner, Joseph D. Gilbecti, P.E. pursuant to FRCP hereby request a Writ of Mandamus for respondents to investigate and verify fabricated AR-15 events by Attorney Christopher Shaw (Tampa) who with Circuit 13 Andrew Warren, Mark Ober, April Johnson, Robert Musowowski and Judge Mark Wolfe set-up to subdue Petitioner, an Engineer. Request to investigate 'Fraud Transfer' by Sarasota County Commission Staff, Clerks and Circuit 12 Courts in Cases 2011 CA 04209 NC on Oct 5, 2020 online site. See Gilbecti v. 72 Partners LLC, et al Case 2019 CA 04532 NC (DIN 197). And to verify unique Aquifer at Cecil Daughtrey Ranch, Sarasota ( 1 )   under Attack to prevent healthier,

less expensive water supply to the Sarasota, Manatee, Desoto,
Charlotte, Lee, Collier, West Florida taps and Communities; lower bills too.
Reasons for the Mandamus are as follows:                    H2O/Power

## Facts

(1) Petitioner is a licensed Professional Engineer (PE#56079) who
has been attacked thru 'Organized Fraud' by Cir. 12 and 13
Courts, State Attorneys and Judges caught in a 'Fraud Transfer' 2012 to 2024
since 2020. See TZ Partners LLC v. Cecil Daughtrey, case 2011
CA 04209 NC; Oct 5, 2020 sale vs Sept 11, 2020 Bad Legal Descriptions.

(2) Sarasota Courts with Hillsborough Courts, with help of Greenberg
Traurig, Henderson Franklin, Clay Robinsons law, Foley and Lardner,
Holland and Knight have attacked Petitioner, his clients, family
and this Statewide Infrastructure FDEP, jointly with an 'Organized
Fraud' gang of Sheriff Hoffman, Sheriff Chad Chronister, Sheriff
Carmine Marceno, Sheriff Lee since 'the 'secret aquifer' was
discovered under Cecil Daughtrey Road located at 9438 Daughtrey
Road, Sarasota, FL 34266.  Affecting 20,000,000 Floridians + NY project.

(3) Petitioner is illegally withheld at Sarasota Jail, with the biggest
and most corrupt fraud in U.S. History by Sarasota Judge
Donna Marie Padar, on March 4, 5, 6th in Circuit 12
case State v. Gilberti, CASE 2021 CF 07559 NC, up for Mistrial
appeal on 9-11, 2024. See record transcripts on case and
Florida Supreme Ct case SC2024-0963, Gilberti v. Florida
Bar, et al. How could   (2) you not know of this by now?

## Facts (cont.)

(4) US Middle District of Florida, Cie 12, 13, 17 & 20. have have (Organized Fraud) t "Systematic ongoing course of conduct to Fraud Petitioner, his clients, US tax payees with Tainted Polluted Rivers for Drinking Water with higher Water bills or Filtered ENDLESS Antioxidant Spring Water. These conds are termed up with Tampa Bay Water Authority and Peace River Manasota Water Supply Authority, 72 Partners LLC, and the Counties within who own the Regional Water Authorities.

(5) The entities in Item (4) above have also termed up with US Congress and US Media by turning Smith Mundt Act Mod of 2012, Nr 5736 from Title 22 US - Propaganda and Dissemination on America, to secure control of the unique Resource, but failed, steal lands (Hide knowledge) while basically kidnapping Petitioner over a 12 year Period. 'Global'

(6) The 'Organized Fraud' group in (4) & (5) used Lawyers, Judges, Cops, Sheriffs in a social syndicated group and turned 'Fantastic events' retroactive with petitioner US Resource fund exposure, cartels, FDEP Applications and SWFWMD/FDEP meetings.

(7) EXHIBITS ① and ② Attached list out a 'Pattern of Racketeering, Fraud and Deceit' to suppress the Statewide US Defense Plans. and Secret underground Resource. See Gilberti v. Council of Natural Defense, et al and Gilberti v. United Nations et al; Mandamus'. Now US Military has Copies with NY Governor. And Multiple Securities on file, with Colleges, West Point, FSU, UF, etc.

(3)

Facts (cont)

(8) The Resource at Cecil Daughtry property can be verified by FDEP, our consultants or any engineer / Water testing Lab with a pump report on 2-hives. Shows motive of attacks No water with endless Flow and Capacity, has ever been seen with no contaminants, Calcium at 118 mg/L, Magnesium at 78 mg/L with pH above 7.89, chlorides less than 250 mg/L Ready to Drink even Close on Earth! Verified 4/3/2013 by Jim Murry, Amp3 Aquifer Maintenance, and every year since 2013. Negative Voltage, Fusion alternative Source / Energy mix.

(9) Christopher Shaw, P.A.; see Gilberti v. Chris Shaw Bar Complaint; Fabricated AP-18 emails with State Attorney's & Chris Shaw office in 2016 for CASE 16-CF-010976-A, State v. Gilberti where "Organized Fraud gang" in Sarasota Cir 12 tries to Dismiss Petitioner lien case Gilberti v. 72 Partners LLC case 2015 CA 06544 NC. Forcing a plea in Duress. See Exhibit(D); Tired attack.

(10) Chris Shaw disappeared in June 2013, 2 days before trial on State v. Gilberti where Dave Weinstein of Greenberg Traurig with Hillsborough Mark Ober, Shiela Sanghvi, Judge Dominguez and Counsel used a misdemeanor cyberstalking charge Case 12-CH-011299-A to Raise Petitioners Bond from $500 to $300,000.00 after a LEON COUNTY TORCH RUN EMAIL with FDEP Marshal Vinyard / Jack Seiler / FDLE was emailed at 10:54 AM, on April 15, 2013 (12 days after aquifer discovery) and BOSTON MARATHON EXPLOSION HAPPENS. Petitioner surrounded by Secret    (4)    Service and detained for 265 days while

<u>Facts(cont.)</u>

Hillsborough and Sarasota Cir 12 & 13 coordinate attack
for Land Grab at Daughtrey with predatory loan. Sarasota
case 2011 CA 04209 NC. They had a bad/invalid MORTGAGE. Corky.

(11) DAVE Weinstein, Don Crawford, Vin Marchetto of Greenberg
Traurig FIRED in 2011 by Daughtrey for Mosaic Phosphate
Conflict in Daughtrey Foreclosure case, 2011 CA 04209 NC.
Petitioner pulled UA phosphate Mine permit at FDEP/BUREAU
in 2009 at Daughtrey Ranch in Sec I & 2, with Duette's also here 2006.

(12) A 'Fraud Transfer' by Sarasota County Clerk/Commissioners
and T2 Partners LLC with Ryan Snyder was done on
Oct 5, 2020 for T2 Partners v. Daughtrey case 2011CA 04209 NC.
See Gilberti v T2 Partners, Quiet title case (in 5 CA)
case 2019 CA 04532 NC (DIN 197) for 'Request to Prosecute'
showing 'Fraud Transfer' info. Switching out Legal Descriptions
from 2380 ac to 95ac (Homestead), Corky was some day at
$10/acre or $185,000 over 2580 (Advertised). See Exhibit
① & ②. To hide US Resource, and Permits w/Subdue adversary /Petitioner.

(13) Ashley Moody, by Jun Schultz with State Attorneys in Hillsborough
and Sarasota, as well as over 60 Judges KNOW OF THESE ISSUES
and are helping the 'Organized Fraud' to steal higher water bills
and cover up Fraud with Judge Downie Marie Pedon/Tony Wolan/Ed Brodsky.
                                                                          SA's.

(14) See Supreme Court Mandamus SC 2024-0963 for Facts/Transcripts.
Gilberti v. Flor Da Bar/JQC, et al (5) see Mistrial & Show deposition Lying/English

## I.  Jurisdiction

(15) "This court has jurisdiction to issue writs of mandamus Art. V., §5(b), Fla. Const." While Circuit 12 & 13, for Sarasota and Hillsborough are in extreme conflict as well as Cir 17 & 20 due to 'Organized Fraud' attack by their endless Cops, Judges, Courts, local Builders/Developers, FBI agents, US Marshals, Secret Service which are shown on website www. GilbertsBlueGold.com and (videos attacking) other Platforms for Petitioner, attacking his kids, home, rights, clients. More() +kids

(16) The attack is due to Petitioner's find of a 'unique aquifer' never seen on Earth, his client's access, mineral rights and Petitioners ways of exposure with Statewide Civil Engineering Infrastructure Plans to provide a Statewide Antioxidant spring water connection to Taps of Homes, Businesses, Hospitals, Schools, Parks. The criminals have gone to time terrorist events/Disseminations with Media/Ron Desantis, Trump, Biden, Media per Title 22 USC, with H.R. 5736 to attack.

(17) The aquifer demonstrates Global underground Knowledge of 'New Water Origin' Theories, no Judge or Lawyer can determine. The DOJ with Sarasota, Tampa, West to South Florida liaisons decided to attack EVERYONE since Obama attacked 12days after find. Then Trump, Biden, Rick Scott, and rest! It's Conversion on Florida!

☆=(18)) Otherwise, come to site, 2-hr pump report and 5 min Water Health scan at 7438 Drighting Road, Sarasota, Fl 34266 at Well No 2 (per SWFWMD MSWP) approx 2000ft below. Bring (Have me below!) Engineers, ACOE, FDEP, FEMA and Respondents. Not crooked/Paid off Judges and Lawyers calling it 'Fictitious.' This 12yrs are a Major, sick Tragedy to Kill Fla, USA and Humanity since the discovery! Share on NASA, EPA, FDEP, Elon Musk, Bill Gates, WHO, CDC, Media, etc.

(6)

## II  Legal Standard

(19) While a writ of Mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministerial duty that the petitioner has established a clear legal right to see performed. _Durate v Ryan_, 979 So. 2d 1122, 1123 (Fla 3d DCA 2008); _Fla League of Cities v. Smith_, 607 So. 2d 397, 400-401 (Fla 1992); _State, ex Rel Cortez v. Bentley_, 457 So. 2d 1072 (Fla 2d DCA 1984). A duty or act is "Ministerial" for purposes of Mandamus relief, when there is no room for exercise of discretion and performance being required is directed by law. _Town of Manalapan v. Rechler_, 674 So. 2d 789, 790 (Fla 4th DCA 1996).

## III  Request for Relief

(20) Petitioner request Respondents to do their Jobs, ieally US Resource with _FDEP_, Consultants, Petitioner. Spray woke v. Treated is TRIVIAL! Allow lower waterbills/Rush PLEASE!

(21) Petitioner Request Ashley Moody, Ron Desantis, FDLE and BPBK do their Job and arrest Ryan Snyder and "Organized DOJ Fraud" gang, 72 Partners LLC, for 'Fraud Transfer'. How hard is it to disifer 95 acres vs 2380 acres!! Arrest Everyone who knew especially and just waited for 4 years. This is a Global issue of 'Medieval Woke' and National Defense per Title 50 US § 3. See Gilberti "Renihbleation of National Defense for Florida Peninsula" Plan   (7) CENTCOM to SOUTHCOM/Ports

<u>Request for Relief (cont.)</u>

(22) Investigate why Bond went up on 2012 Hillsborough Case and arrest all State Attorneys, Judges and Cops, Sheriffs, and Bankruptcy Trustee Luis Rivera for a 'Organized Fraud' attack. Arrest Greenberg Traurig and Local Leaders for Treason.

(23) Request all issues to be evaluated for a FULL PARDON and IMMEDIATE Release of all charges by Pres. DeSantis or US President. See Gilbecti v. Rubio, et al; for Petitioner.

(24) Help Trupps to South Florida Citizens and Petitioner with a Cannexation Agreement. See Plans submitted on Gilbecti v. FBI Case in Cir. 12 Case 2024-CA-6157-NC. and on Gilbecti blue Gold.com. Petitioner has permits/Plans ready. See Case 2021 CA 1009 NC, 12 Partners vs Gilbecti in Sarasota. See Workshop letter to Manatee County in 2023 with Final Plans. Call Adam Moore, P.E. at Fort Myers FDEP with 2020 permit Documents. Call FDOT Dist 1, 4 & 6 for 'Closer to the Heart' Alignment plans per Gilbecti v. Counsel of National Defense, et al, via Title 50 USC § 3.; Title 42 USC.

⭑ (25) Have Florida AG Commissioner verify legal Descriptions with Surveyors/RES on Sept 11, 2020 Advertisement vs. Oct 5, 2020 online Site (Fraud) by TR Partners LLC and attorney Ryan Snyder. Verify Park Legislature after Fraud and Estop escrow (35.5 Ac) by Sarasota Commission Fraud (8) on Tax Payers/Mail Fraud (2021/2022)

## No other Means to Attain Relief

(26) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of State Courts extends to its officers, employees, or agencies of the State of Florida, Art V, §.5(b) Fla Const. There is no method of enforcement by Petition of State Legislature; and no local leaders, so Petitioner asks How DeSantis and Florida House of Representatives to verify resource and Fraud with Licensed Professionals and LIVE UP TO YOUR OATH OF OFFICE and Both, if any. Do your Jobs vs Talk.

## Importance Beyond this Case

(27) Equal Rights challenges under a States Constitution to perform a set of fiduciary duty to inspect "Fraud", fabricated Art-15 arrest to Subdue a "Professional Engineer" who found a Resource that will CONTROL DEVELOPMENT, from Construction merchants of Pipe Distributors of "Unique Water Supply" are rarely reviewed. Writs of Mandamus being supervisory in nature are appropriate to cure such issues, See United States v. Bertoli, 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ, See In re Volkswagen of America, Inc. 545 F. 3d 304 (5th Cir 2008).

## Federal and State Constitutional Provisions

(28) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside. No State shall abridge the

(9)

Federal and State Constitutional Provisions (cont.)

the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty or Property, without due process of law; nor deny to any property, without due process of law; nor deny person within its jurisdiction the equal protection of the laws,

U.S. Const. Amend. XIV, § 1.

Conclusion

Wherefore, a writ of Mandamus MUST ISSUE compelling the Respondants to ① Verify Resource, ② Obtain meta Data on Chris Shaw AR-15 email (NOTHING EXIST), so Arrest and Pardon Charges. ③ Verify why Misdemeaner Bond rose to $300K after World Resource (then all charges Dropped 1-yr later) and Arrest State/Judges/Lawyers/media, ④ Verify "Fraud Transfer" and RETURN LAND TO CECIL DAUGH-TREY FAMILY IMMEDIATELY ⑤ Work with Petitioner, allow Defendants for a CONNECTION AGREEMENT with Petitioners Civil Permit/Plans to provide Antioxidant Spray water to Taps of Florida; show Middle East how to find more. See Gilberti v. United Nations, et al., Lower Food, Wars, Bills.

Certificate of Service          "I will forgive you" Heh the Feds!

On August 26, 2024, Petitioner mailed the foregoing to the Clerk of Court at 301 S. Monroe Street, Tallahassee, FL 32301

Joseph D. Gilberti PE - #2024-2037
Petitioner

cc/ Council of Nat'l Defense;     2020 Main Street
GISI, US Congress/Senate         Sarasota, FL 34236
ACLU/NRDC/Board of Gov't
League of Cities

(16)

Exhibit ①

7Z Partners LLC v. Gilberti v. FBI/Sarasota/Manatee, et al
CIR 12 Case 2021 CA 1009 NC
"Organized Fraud"
[see timeline/Judicial Notice/2012-2024 attack]

(i)

In the 12th Judicial Circuit Court of Florida
in and for  Sarasota County, Florida

72 Partners, LLC,
.  Plaintiff,                                    Case No: 2021 CA 1009 NC
v.                                               Judge Stephen Walker

Joseph D. Gilberti, P.E
          Defendants,
v.

Federal Bureau of Investigation (FBI),
Sarasota County Tax Appraiser, Senator Rick Scott,
12th Judicial Circuit Court of Florida, et. Al.
    Counterclaim defendants.                        /

        Defendant  Joseph D. Gilberti, P.E, Motion
    to Reopen Case per Rule 1.540-Fraud and
    Chapter 817-Fraudulent Practices to hide
    US Resource in Water Supply, Fraud Transfer
    by Plaintiff and Counter-claim Defendants
                "Organized Fraud"

Comes Now, Defendant, Joseph D. Gilberti, P.E, pursuant to FCRP
hereby files a Motion to Reopen Case per Fla. Rule Civ. P. 1.540 (1)(2)(3)
and Florida Chapter 817 Florida Fraudulent Practices and Fla Stat § 726
to say the least. Reasons for (1) Motion is as follows:

<u>Facts</u>

(1) Defendant has found a unique aquifer at the Cecil Daughtrey Ranch as far back as 2011 and both his client Daughtrey and he and his family, project and this unique Resource has been attacked with "Organized Fraud" including Plaintiff, its Bishops, and Sarasota County Commission; Peace River Manasota Water Authority, cross-claim defendants to suppress his Civil Engineering FDEP Permits and the U.S. Resource with unique medicinal properties; taking his civil rights, land and attacked his life.

(2) This Resource lowers water, power and Public Works cost to (Bills) a 4-6 County Water Supply Service area, and has been attacked by Government and Private "Organized Fraud" groups of Lawyers, State Attorneys, Judges, Sheriffs, Cops to send higher treated (Polluted Waters) to the Tap (higher water Bills) v. Pure Alkaline Spring Water (filtered).

(3) Defendants Engineering Plans and Land have been Stolen in A "Fraud Transfer" by Plaintiff in Case Cir 12; 2011 CA 04209 NC, 72 Partners in Cecil Daughtrey.

(4) A timeline of events of fake police reports since 2012 to Present by Circuit 12:13, to subdue the Defendant ("GILBERTI") and attack property has been ongoing for 13 yrs.

★ (5) This case was dismissed without allowing GILBERTI to attend hearing on March 27, 2024. Jud said no request from court yet Gilberti's wife has confirmation from Court's Ja of Judge Walker. Dismissed unfairly on (2) Defendant by Court to release liens. and rights Gilberto holds.

<u>Take Judicial Notice of Court</u>
<u>Related Cases in Organized Fraud</u>

(6)) The following cases in Cir 12, 13 and US District Courts
show a 12yr attack ongoing. Many cases are in both
Federal and State appeals due to timed attacks on Defendant's
land, rights, civil rights, family members, water project and
clients, to stop the Global underground Medicinal Mixture
and Water Supply knowledge. Stopping Spring Water to Taps (Lower Bills).

Sarasota  Cir 12 ① Gilberti v. 72 Partners LLC et al
2018 CA 04532 NC  - Judge Walker
(DIN 197) shows 'Fraud Transfer' by Plaintiff.

"Ongoing systematic
scheme to Defraud ②  72 Partners v Cecil Daughtry - Judge Walker/Val 1
the Public, Water Project 2011 CA 04209 NC - Fraud Sale 10/5/20
and Defendant's ability  by Attorney Ryan Snyder / 72 Partners LLC.
to be in Civil court".

※ ③ State v. Gilberti - Judge Donna Padar
2021 CF 07559 NC  - Mistrial - (DIN 629) <u>get list</u>
Transcripts.

※ See Mistrial      • Abuse of Discretion, Bias, Prejudice.
  Transcripts
   (DIN 629)        • Padar blocked opening statement on Defendant.
File also in Ag
                    • Padar made Jury leave court during defense/exhibit bx.
Supreme Ct case
2024-0963           • Padar blocked All exhibits to Allow Defendant (Gilberti)
for Fraud/attack,      to show he was filing liens in 'Good Faith'. News Rec.

                    • Padar blocked continuance so Defendant can't hire Lawyer!
            (3)   Forced Trial with an Abuse/attack to
                    dismiss this case!

*Judicial Notice* (cont.)

(6) cont.

④ Florida Supreme Court case *Gilberti v. Florida Bar, et al*
(Mandamus)     CASE SC2024-0863
- Case includes all Cir 12 Judges (JQC 24-053) + Gov. officials
Lawyers/Staff = Toni Wilson, Mark Adams, Chris Shaw, Joshua Moye
and Gov. Ron Desantis in a 12yr "systematic attack
to defraud the Public" with DOJ & Media for money/power.
- This case is referenced by Supreme Ct info SC2024-0863
*Gilberti v. 72 Defendants* - 2019 CA 04552 NC
*State v. Gilberti* - 2021 CF 07558 NC / DWI

⑤ Cir 13 Cases in Hillsborough County - fired w/ Cir 12 Civil
Cases since 2013 retroactive with Defendants FDEP/SWFWMD
Phosphate Mine Permit obtained in Mosaic District on (Phosphate Permit)
Daughtrey Ranch and Water Resource Discovery at SWFWMD
WUP. Well No 2 at 1509' Deep. North of Clark Rd.

- Case *State v. Gilberti* - 12-CM-0112994 - Judge Dominguez
                                                      + Conrad
Greenberg  (Greenberg Traurig - Dave Weinstein vics?
Traurig     fired on Daughtrey 2011 CA 04209 NC case in
Attack on
Vics/Gilberti  2011 - email of Jay Teich Rev (FDEP/FDLE)
            on Tallahassee. 5 hrs 4min later - Boston
Marathon Explosion - Bond goes from $500 + $300,000?
true w/ Daughtrey land Note Judgment thereafter
w/ Judge Williams (Dominelsen in Cir 12! Organized
- Charges Dropped!    (1)                   Fraud

(4) cont.        Judicial Notice (cont)

Hillsborough Cir 13 (cont.)

2016-2018 (3) State v. Gilberti - 3 State attorney + Public Defenders
                    4 uses (organized attack)

Cases used in Vol → w/ Pedar case today?

- 16-CF-010976-A - Chris Shaw (ex Public Det for Gilberti)
  Admits (2024) fabricated AR-15 events w/ Mark Obee
  Andrew Warren to time attacks on Daughtry/Gilberti

- 18-CF-005038-A - Lara Hernandez (Attorney for Luis Rivera ch 7) Trustee Daughtry

- 18-CF-004829-A - April Johnson (SA-Cir 13) lost!

- The above fabricated AR-15 events 'forced a Plea' in duress
  to get back to Cir 12 Lien case (surface rights)

  Cir 13  Gilberti v. 72 Partners LLC - case 2015 CA 06544NC
  - Judge McHugh / Judge Kuhl / Judge Straker
  - Obtain 2nd Position on 2380 acres on
    Daughtry land - HENCE FRAUD TRANSFER
    to block bidder by Ryan Snyder.

Cir 17 (Broward)

- State v. Cory Gilberti - Case 17-02130CF10A (PTI-hidden)
  Exposed
  Scott Isreal/Cambridge security cops/owners set
  up Joe Gilberti's cousin Cory Gilberti and shot (AR15)
  up Cory's neck at 3 am. (No injury's) to attack
  Gilberti family timed w/ Chris Shaw Temple case
  16-CF-018976-A - To prevent Trial (Risk)
  to take Plea w/No Bond - garnishes - Media Hidden!
  - SAME PATTERN AS PEDAR/ THIS CASE TOO! Cory
  has files to testify (5) on setup and timing to attack Defendant/Project.

## Judicial Notice (cont.)

(6) cont.

⑥ Federal Mandamus: <u>Gilberti v. Council of National Defense, et al</u>
- Tampa Middle Dist Case: 8:24-cv-1575-TPD-CPT - Judge Barber
- 11th Circuit Appeal Case: 0:24-USC-12614
  - This case dismissed before service by 'Organized Fraud'
    calling an 'Aquifer' a 'Underground Resource' w/FDEP
    Permits read 'Fictitious' by a Lawyer in a chain?

⑦ <u>Gilberti v. FBI, et al</u> - Tampa Middle Dist on Appeal/Rehear
- Appeal to 11th Circuit filed.     Judge Mary Scriven, Judge ark.
                                    <u>Gilberti v. CDC</u> et al

⑧ <u>Gilberti v. Padar, et al</u> - Tampa Middle Dist (Ft Myers)
  2:23-cv-609-SPC-KCD
  (re-opened) Federal Fraud     Judge Sheri Polster Chappel
  - Wire Fraud -

⑨ <u>Gilberti v. Pentagon, et al</u> - US Supreme Ct - hidden
  hidden in 2020 Election.        in 2020-2024 - See related

★ ⑩ <u>Gilberti v. United Nations, VP/     issues (Judges Organized Fraud)</u>
      Kamala Harris, US Congress, et al.      calling it 'Fictitious' no diligence.
  - US Dist Ct of S NY - Case: 24-CV-6083
    (access Primary water in Middle East)

⑪ DOAH  <u>Polk Regional v. Peace River Manasota/SWFWMD</u>
         (Gilberti Intervenes) Ci.Looting Attorney fees to hide
         Primary Water; using Peace River 'Polluted'
         to create Water Crisis, Reservoirs/steal SWUCA Funds.

    "Ongoing Systematic Attack by DoJ, Peace River Manasota,
    72 Partners, DeSantis, 'Rick Scott" (6)

<u>"Organized Fraud" by Plaintiff and Counter-Claimants</u>

(7)   <u>Legal Standard</u> - Fla Ch 817 - Fraud Acts, Fraud Transfers, Practices.
      • 817.0311- Fraud Sale of Real Property
      • 817.034(4)(a)(1) ; 817.2341 ; 817.29 ; 817.535; 817.155
      • Fla Statue § 726 - Fraud Transfers
      • Fla Statue § 95 - Undue Influence / Fraud (organized by DOJ)
      • Fla Rule 1.540 (b)(2)(3) - Mistake, Fraud, etc.   + Commission/State

(8) "Organized Fraud includes elements (1) engaging in or furthering
a systematic, ongoing course of conduct (2) with (a) intent to
defraud, or (b) intent to obtain property by false and fraudulent
pretenses, representations, or primises, or willful misrepresentations
of a future act. (3) resulting in temporarily or permanently depriving
any person of the right to property or a benefit therefrom, or
appropriating the property to one's own use or to the use of
another person not entitled thereto."

(9)   Here 72 Partners does the 'Fraud Transfer' by switching
2380 acres to 95 acres day of bid then DOJ attack 'GILBERT'
the Defendant during litigation with false charge, to sell to County
the $5,000,000 in tax base in Nov 2021 and Jan 2022, while
Jodie Pador, Ed Grosky and Sheriff Hoffman attack innocent Engineer
of Record and 'Protect the Criminals'; hence "Organized Fraud!"


<u>Defendant Mistrial by Pador fixed with</u>
<u>this case discussed without Defendant Present</u>


(10) Transcripts in 2021 CF   (2)  07559 NC show extreme

(11) Organized Fraud by State Courts, Clerks and Cross-Claimants working for Plaintiff to subdue him with court audio shut-off, no Jury allowed to see defenses.

(12) Defendants criminal defense attorney Daniel Hernandez filed a Motion for New Trial, the Padar court heard his explanation of Padar's EXTREME ABUSE OF DISCRETION and Prejudice in trial. Transcripts forwarded to Florida Supreme Ct, JQC and Bar Complaints under Federal Crimes and State Crime reviews. Sent to over 20 US Senators and copied in Federal Cases.

(13) Judge Padar is/was in Conflict with a Writ of Prohibition during trial in State and Federal Courts. Knew I didn't have an attorney and up charges in Voire Dire and refuse continuance to get Counsel — Organized attack to dismiss this case and related cases, hide "Fraud Transfer" by Erie 12 and Sarasota Commissioners/Clerks.

(14) Mistrial Transcripts being produced to file more JQC for False Imprisonment to hide National Defense Resource with Plaintiff and "Organized gang" (DIN 629) Padar case 2021-07559.

(15) Judge Padar attacked Defendant and the Community since 2021 with Plaintiff/Cross-Claimants for 4 years. Knowing Defendant (GILBERTI) lives on Ft. Myers Beach, destroyed in Hurricane Ian.                (8)

(16) Judge Padar attack Defendants LIFE on Aug 13, 2024 with Sheriff Holtman Transport after hearing by leaving him in unattended Van with 'NO AIR' and extreme (Almost Died) Heat, locked away 15 min in a garage after she set her decision for retrial on 9-11, 2024. See Gilberti v George Bush, et al Cir 15 CASE 2023-CA-016963-MB being compromised by Padar illegal incarceration.

(17) Judge Gaudie in Tampa dismissed this case in 2020 as (Padar case) "rediculous," had a 4hr evidence hearing showing TZ Partners, Sarasota Detective Wyche, lying on stand with 'Fraud Translac' All caught and Judge Padar continues attack with County, Town Widow/State. See VOP hearing for Hillsborough CIR 13 Case 16-CF-010976-4, State v. Gilberti with Chas Shaw AR15 crawl setup. See video link on 'Request to Prosecute' (DIN 197) on Gilberti v. TZ Partners case 2019 CA 04532 NC, CIR 12 Sarasota, Judge Walker.

          Every Dismissal on this Case Gilberti (Defendant)
          was NOT Allowed to Attend and/or Blocked/Cheated.

(18) This coincit with the presence of Sheriff Holtman (1st Dismissal) and Sarasota Tarp Appraiser (March 27, 2021 Dismissal) the Defendant Gilberti was illegaly attacked by Sheriff/Judge Padar to block his presence. Criminal courts and Cops intervening and picking sides on Complex Litigation with No TITLE Experience. Stated in Tampa VOP Hearing    (9) by Gaudie is 'Rediculous' to be invoked. See Tampa VIDEOS.

(19) This 'organized Fraud' intervened on this case in the Same "ongoing systematic conduct to defraud the Public" of the extremely high Level of Service (LOS) in Drinking Water supply. See Gilberti v. Council of National Defense, ACOE, NRDC; case Also compromised with a syndicated group of State and Federal agents/officers conspiring against USA and Defendant per Title 18 USC § 241 & 242 and it is still ongoing today.

(20) Defendant has been illegally incarcerated, taken from the project and his children, wife and home so this 'Organized Fraud' gives can mail higher water, power and utility bills with much less healthy treated water. All civil rights taken with systematic fraud to take advantage on this case.

Judge Walker made mistake per
Fla. Civ Rule 1.540 (1)(2)(3) and can
reopen case and expose 'Fraud Transfer' by TZ Partners

(21) After Oct 5, 2020, Cecil Daughtrey and Gilberti, both filed Objections. Judge Walker was on his First Day assigned to A 9yr ongoing attack. He made a mistake and sees it now per hearings on Gilberti v. TZ Partners, LLC, put a stay to help USA,

(22) Rule 1.540 allows case to be re-opened within one year for fraud in section (1)(2) or (3). Collectively this Motion suffices, Judge Walker issued Stay in Quiet Title case with understanding of mistake from his past (10) ruling per 2011 CA 012094 NC.

(23) Almost 10 or more State and Federal cases would be eliminated or never occured if T2 Partners would have left an invalid mortgage (Predatory Loan w/no chain of Title); but this goes back to General Development Corp (GDC) knew something vague was somewhere out at the Daughtry dumb site since the 1981 Loop Option Plan with Peace River Water Board (SWFWMD).

(24) Once GILBERTi was hired he found the NASA, EPA, DOI secret and then showed the World how to find millions more by mass emails and records. See Gilberti v United Nations, et al in Southern New York US Dist Court. See Gilberti v. Council of National Defense et al.

(25) Multiple Universities including FGCU, FSU, USF UF, UM in Florida have recently contract Gilberti and his family on Attack, Resource and Plans. As well as "Fraud Transfer" by Organized gangs, Ron DeSantis, Harris, Trump, Biden and Media. USA has NO help from Fed or State, but the locals are coming up after 12yrs of Treachery. Son is Grad Engineer FGCU. now taking 2nd Degree in Civil Engineering.  Except Rick Scott!

(26) Judge Walker says he a hero to America and redeem Circuit 12 by re-opening case, exposing issues in an evidence hearing, to reopen case. Call in Ryan Snyder for SIMPLE QUESTIONS w/ Sheriff and Internal Affairs, Ashley Moody in Tallahassee. Its worth it; its a civic duty due to the Global/USA Impacts to Economics, Jobs, Healthcare, Forget (11) the US Election. Being used.

<u>Gilberti (Defendant) still has Mineral
Rights on Sec I - 2 (360 acres) and Lien
was valid during Sarasota Purchase</u>

(27) Joseph D. Gilberti, P.E. (Engineering Contractor PE#56079)
hew Joseph D Gilberti the Mineral right and land owner
in this defense from TZ attack. TZ fortress is still in
a Fraud Transfer but was paid $5,000,000 dollars by Sarasota
County to payoff DOJ, licensors, Sheriffs to attack
Gilberti to hide US Resource. A systematic game of ongoing
Conduct at the Hillsborough and Sarasota Sheriff and State
attorney office, while media and politicians help by watching
and helping in back of scene. The resource is too valuable.

(28) All Professional Engineers, Consultants say its real. All
Federal Judges never came to site and did any qualified
study, say its 'Frotcowis'. Coordinated Fraus with Fed/State
officers on what we are told is the No I Resource in USA.
If you have the Mineral Rights!

(29) This project could move forward and feed ½ of State
from Tampa to Miami. See Gilberti v. Council of Nat'l Defense
but Judge Jades and Tom Woloss here with a 'Organized
Fraud' going to take the owner/Engineer of Record off the
street to hide the resource indefinitely from USA.

(12)

(30) Sarasota County and FL Partners we committed multiple Felonies selling/purchasing Gilberti and Daughter land Knowing of Fraud Transfer and existing liens DISMISSED on March 27, 2024, without Gilberti present. Hidden by Intel, Sheriff, State and Judge Porter.

### Conclusion

(31) This case should be re-opened to allow Defendant(s) to come into an evidence hearing, get a connection agreement with Gilberti's Infrastructure FDEP Permit Plans (one signature). Fla R. Civ. A 1.540 (1)(2)(3) Allows for Motion provides. Help Region by admitting a mistake.

(32) Wherefore, Defendant prays Court will re-open case and re-instate Bill. Recording of liens stripped illegally on March 27, 2024 per this case. Allow region to thrive expeditiously and help redeem DoJ, Sarasota Commission in Arbitration.

### Certificate of Service

On August 20, 2024, Defendant mailed the foregoing to the Clerk at 2002 Main Street, Sarasota FL 33436.

Joseph D. Gilberti PE #2024-2207
2020 Main Street
Sarasota, FL 33436

cc/ Fla Supreme Ct / FBI /
Harris / DOT / ACOE / NRDC /
Council of Nat'l Defense /
NY Governor / Moody.

(13)

Exhibit (2)

Gilberti v. Federal Bureau of Investigation (FBI), et al

US Dist.  Case No: 8:24-CV-1596-MSS-UAM

(ORGANIZED FRAUD or Mail Fraud / FEMA FRAUD)

-See MAPS-

(ii)

United States District Court
Middle District of Florida
Tampa Division

Joseph D. Gilberti, P.E.,                    Case: 8:24-CV-1596-MSS-UAM
                     Petitioner,
                                             Judge Mary Scriven
        V.
                                             ( MAIL FRAUD / FEMA FRAUD )
                                               on Water Supply Engines )

Federal Bureau of Investigation (FBI);
Sarasota County Board of County Commissioners;
Manatee County Board of County Commissioners, et al.
               Respondents,

            Petitioner's Objection to Order, Request
        for Evidence Hearing and Leave to Amend Complaint

Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to FRCP
hereby Objects to Order of Dismissal, dated August 1, 2024, received
by Jail mail August 12, 2024; and Request for Evidence Hearing
and Leave to Amend Complaint. Reasons for request are as
follows:

                              Facts

(1) Petitioner is a licensed Professional Engineer with Infrastructure
FDEP Permit Plans with an Antioxidant underground Spring River
hidden by a slough of Tampa and Sarasota State and Federal
Judges and Respondents for 12yrs; with ongoing attacks tied
to mail/FEMA Fraud, & (1) timed Terrorist events (Title 22 USC).
                              (Dissemination)

(2) This court has known of the secret Aquifers unique to National Defense and has called it 'Fictitious' or 'Patently Insubstantial' with attacks on Petitioners life, clients, Family, project with a Gang of 'Organized Fraud' Judges, Cops, Lawfirms and Gov. Ron Desantis, using Dissemination Acts per Title 22 USCA under HR 5736 of 2012.

(3) Tampa Middle District Judges are attacking US Water Resources, And National Defense; and millions of Americans (hiding) (unique) are affected. See Gilberti v. United Nations et.al. and Gilberti v. Council of National Defense and Gilberti v. Rubio et al where Judges have NO experience, diligence and the US Resource on its penalting Infrastructure Plans, calling Water (Fictitious) Fake?

(4) Respondents are purposely hiding this US Resource to mail higher Water Bills to millions of Homes, businesses and Hospital/Schools using more costly Treated Polluted Rivers v. inexpensive Spring Water, with Large Florida Developers like Henderson, Pat Neil, Cateucledge, Lennar, DeSortolo builders paying Judges off.

(5) Respondents have stolen over $500,000,000 US Federal and State Tax dollars (MATCHING FUNDS) at Peace River Manisota Water Authority and even more at Tampa Bay Water Authority building unnecessary poor quality and poor level of service desalinization plants, CW Bill Young Reservoirs and RV Griffin Reservoirs claiming Water Shortages? Causing more costs, mail fraud and FEMA spending to pump treated chemicals; causing Health Risks, Red tide and   (2) putting GMO Algae in Lake O.

<u>Mail / Wire Fraud in Water Billings / FEMA FRAUD</u>
(Title 18 ; 42 USC)
'See sketches A & B'

(b) Respondents hid this Resource since 1972; see Dept of Interior
Study on Record (Drighkey 1509 Deep Well Recorded). Setup a
Statewide General Development Plan (GDC) to eventually get
to today's Eugenics operation with Tampa Bay Water Authority, Moffit,
SWFWMD, Peace River Manasota Water Authority & FDEP to
sell bottled water or springs (Primary Water) and pump
treated / Fluoride dirty Rivers to Tpos. Sell Hospital / Moffit
Cancer Research; creating an accepted long term crisis as a norm.

(c) Respondents with Ashley Moody / Pam Bondi since 2013
have attacked Engineer Joe Gilberti, P.E since the Confirmed
discovery and May 2012, SWFWMD Water Use meeting! See permits.

(f) Ron Desantis, 72 Partners LLC, Sarasota County still attacking
with Cir. 12, 13, Tampa Middle District Judges, Sheriffs Gregory,
Hoffman, Sheriff Gee Sheriff Marceno and current FDLE; playing
stupid on Fraud transfer for a promotion. No ethics or Patriotism!

(g) FEMA Funds stolen for RV Griffin Reservoir with help
of Lisa Carlton, Kimbrell (Carlton Brewer (Cir 12 Judges)
and Judges Pedory, Hall, etc., to attack children at Taps, for
money.

(10) See Gilberti v. United Nations, et al in New York to spread
Global Knowledge in Middle East, this Satanic Corrupt Area attacks with
all George Bush / CENTCOM    (3) Gen. K ville helping now! Good Plus!
3-Decades



See Gilberti v. United Nations et al
Gilberti v Pentagon et al
SKETCH
(NTS)    (4)

LANDTECH DESIGN GROUP, Inc
813-470-6000
WWW.GILBERTIBLUEGOLD.COM

Mailed from the
Sarasota County Jail

FILED
IN CLERK'S OFFICE

2024 SEP -9  PM 1: 05

DISTRICT COURT
DISTRICT OF MASS.

<u>U.S. District Court of Massachusetts</u>
Boston, MA


Joseph D. Gilberti, P.E.                    Case No: _____
        Petitioner,                                    (NEW CASE)

                                                  "MANDAMUS"
V.


<u>United States Secret Service</u>; Department of Justice;
U.S. Congress; U.S. Senate; Department of Interior; Board of Banking Governors;
Department of Homeland Security; National Resource Defense Council;
Council of National Defense; Army Corps of Engineers; Special Council Jack Smith;
Federal Bureau of Investigation (FBI); President Joe Biden; AG. Letitia James;
Vice President Kamala Harris; Attorney General Alvin Bragg, NY.
        Respondents.


        <u>Petition for: "Writ of Mandamus"</u>
Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to
F.R.A.P., hereby request a Writ of Mandamus, on why Petitioner's
whistleblowing / Cyberstalking bond, a Misdemeanor went from
$500 to $300,000 dollars, in Hillsborough County, Tampa, Florida on
4-15-2013, retroactive with Petitioner's Jog Email (FDEP Torch Run)
5 hrs and 4 mins before Boston Marathon explosion. Just 12 days
After he discovered a World Medicine / Unique access to a "Secret
underground River" in Sarasota, Florida. Petitioner was surrounded
by "Secret Service" and basically kidnapped in Tampa 268 days, for
Greenberg Truring Law; while a Land Grab by Sarasota Commission takes place.

| LANDTECH DESIGN Group | (1)         WWW. GilbertiBlueGold.com |
                                              813- 470-6000

## In and for United States Southern District of Florida , West Palm Beach, FL

Joseph D Gilberti PE, a licensed Professional                    Case: _____
Engineer in the State of Florida,

   Petitioner(s),                                    **DEMAND FOR JURY TRIAL**

   v.

Melania Trump, George W. Bush, Judge Donna Marie Padar,
Attorney Ryan Snyder, Judge Stephen Walker, Barron Trump, New York University
US Congressman Vern Buchanan, JD Vance, Eric Trump, Emma Gonzales, Ivanka Trump
Andrew Rosin PA, Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School
Judge Omar A. Williams, Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel,
Judge James Dominguez, Judge Carolyn Delano, Town of Royal Palm Beach, Port Everglades,
Judge James Conrad, Judge Mark Wolfe, Palm Beach County Board of County Commissioners,
Judge Kimberly Carlton Bonner, Lee Pallardy, Broward County Board of County Commissioners,
Thomas Howez, National Sheriff's Association, Town of Royal Beach, Lee County Board of County
Commissioners, City of West Palm Beach, City of Boca Raton, City of Miami, Miami Port Authority,
12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Sheriff Chad Chronister,
Sarasota County Board of County Commissioners, Dade County Board of County Commissioners,
Hillsborough County Board of County Commissioners, South Florida Water Management District,
Benderson Development, U.S. Congress, Ohio Environmental Protection Agency,
Bankruptcy Trustee Luis Rivera, Edward J. DeBartolo, Southwest Florida Water Management District,
Tampa Central Command MacDill Air Force Base, Metropolitan Planning Council,
Dick Cheney, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet
Judge Maria Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council,
Judge Dana Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council,
Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez,
State Attorney Ed Brodsky, Judge Juan Merchan, Treasure Coast Regional Planning Council,
Judge Charles Williams, Judge Thomas Barber, City of Cape Coral, City of Naples, City of Fort Myers,
Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard Rock Casino,
Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg,
Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz,
Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of Environmental Protection
Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of Law Enforcement,
Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Congress man Mike Waltz,
Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks.
Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon
Donald J. Trump, Harvard University, Ohio State University,
Archdiocese of California, State Attorney Thomas Widen, Archdiocese of Miami,
Nancy Pelosi, Hillary Clinton, Barrack Obama, Michelle Obama,
Florida State University, Kamala Harris, Tim Waltz,
Christopher Shaw, Attorney General Ashley Moody, Florida Department of Transportation,
Department of Interior, Sheila Sanghvi, Mayor Eric Adams,
New York City Council, New York Port Authority, Senator Rick Scott
The Washington Post, University of Miami, Cleveland City Council,
Scott Freyre, Environmental Protection Agency (EPA),
Natural Resources Defense Council, The U.S. Surgeon General,
Department of State, Benderson Development, US National Guard,
Wink News, Mosaic Fertilizer, Pfizer Pharmaceutical Industry Company,

1

**4:16**



# Voicemail

## +1 (239) 337-7171



Fort Myers, FL
November 1, 2024 at 1:10 PM

0:00                                          −0:15

  

### Transcription (low confidence)

"Hi ___ __ ___ __ ___ __
_____ __ __ ___ _ filed
on the Tobar 18th please give me a call
back at area code 239-339-1134 thank
you..."

Was this transcription useful or not useful?

## +1 (715) 489-9118                 8/13/24   
Madison, WI

## +1 (412) 428-6642                 8/9/24    
Carnegie, PA

## Unknown                           7/20/24   
Unknown

## +1 (813) 947-6288                 7/17/24

   

Favorites   Recents   Contacts   Keypad   Voicemail

5:30

← Hernandez 📞 📹 ⋮

3:30 PM

Mr. Hernandez, FBI agent wants a call back as soon as you can. We want to meet with him at the property along with all of our witness⬇. We

⊕ 🖼 Text m... ☺ 🎙

5:30

← Hernandez 📞 🎥 ⋮

witnesses. We want to discuss the Fraudulent Transfer and the organized Fraud to subdue my husband by Padar, 72 partners and Ryan Snyder. My husband wants you to speak on his behalf. ⌄ ease tell

⊕ 🖼 Text m... ☺ 〰

5:30

← H   Hernandez   📞   📹   ⋮

him we want to meet at the property and we want to file police reports on all parties involved with the Fraud transfer and kidnapping my husband who is the engineer of record.

⊕   🖼   Text m...   ☺   ⑊

← Hernandez 📞 🎥 ⋮

If he is available at about 2pm, I can have my husband call in to answer any questions. We also would like him to order a water test and we will provide access to the site. Closer to the Heart Permit plans. ↓

⊕ 🖼️ Text m... ☺ 🎚️

5:30

← Hernandez 📞 📹 ⋮

# FBI 239-339-1134
# Major Harrison

I am not involved in this part. I am only involved in trying to get your father a new trial on his criminal case. That is my only ↓ole.

⊕ 🖼 Text m... ☺ ⑊



← Hernandez 📞 📹 ⋮

is my only role.

That is ok but they want you to call. You do not have to file anything just speak to him. Thank you. Let me know when you call so we know that we did what th ↓ asked.



⊕ 🖼 Text m… ☺ ⑈



5:31

Hernandez

what they asked.
You can tell them
that you only
represent him on
the Padar case.

I left him a
message but again
this has nothing to
do with me.



Text m...



5:31

← Hernandez 📞 🎥 ⋮

Ok.  Thank you...no problem.

I blind copied you in a letter that I wrote to the chief judge Moreland.

I already did in my voicemail

⊕ 🖼 Text m... ☺ ⫿



5:31

← ⓗ **Hernandez** 📞 ▢ ⋮

I blind copied you in a letter that I wrote to the chief judge Moreland.

I already did in my voicemail

Ok

5:06 PM



( ) ( Thanks ) ( Great! ) ( All right )

⊕ 🖼 **Text m...** ☺ ⧉

||| ◯ ‹

**4:34**



**Daniel** >

Text Message
Today 3:31 PM



**voicemail-269.m4a**

Audio Recording · 24 KB

> Hey this is Luciano Joe Gilberti's son this is the voicemail from the FBI Agent

I can't download it what does he say.

?



I will call him

> Thank you

I left a message

  Text Message 

      

4:20



Daniel ›

Hey this is Luciano Joe Gilberti's son this is the voicemail from the FBI Agent

I can't download it what does he say.

?



I will call him

Thank you

I left a message



Ok thank you very much

Text Message

 **Gmail**

Luciano Gilberti <luciano711gilberti@gmail.com>

---

## Letter to Chief Judge

christine Gilberti <gilberti-4@hotmail.com>                                    Fri, Nov 1, 2024 at 4:38 PM
To: "Lfritz@jud12.flcourts.org" <Lfritz@jud12.flcourts.org>
Cc: Luciano Gilberti <luciano711gilberti@gmail.com>

Dear Honorable Chief Judge Moreland,

My name is Christine Gilberti, and my husband is currently being held with no bond at
Sarasota county jail.   We have been waiting for 8 months for Judge Padar to make her ruling
on whether my husband will be granted a New Trial.

My husband was found guilty of Lien fraud during a trial that should not have even taken
place.  My husband was already acquitted on the same charge on a VOP with Judge Goudie
out of Tampa.  Judge Goudie did not see Lien fraud and during the VOP hearing we were
able to question the detective.  During that hearing we were able to determine that my
husband's arrest was a ploy to make him unavailable for his Civil Cases.  Also, the Detective
Wyche (whom had never investigated lien fraud prior) was unavailable for trial, along with
several other witnesses that were subpoenaed for trial.

Judge Padar has described my husband as a risk to the community.  Judge Padar did not
allow my husband to bring up his previous acquittal to the jury,  nor was he allowed to bring
up any of the previous false arrests that he has been subjected to. Padar did not permit any
of his supporting evidence and when jury selection began, she upped his charges.

I am not sure if you are aware, but my husband is a Professional Engineer and we have been
trying to permit an Alkaline Spring to the surrounding areas.  Our property (containing the
water source) is currently in litigation as a fraudulent transfer has taken place.  This
fraudulent transfer has been spelled out in several cases within your circuit.    I will attach the
fraudulent transfer for your review.

We currently have permits in for the pipeline.  The project is called "Closer to the Heart
Alkaline Spring Transmission Pipeline".
Our goal is to provide a more healthy and viable drinking source to the public along with
lower water bills.

My family has been to Judge Padars courtroom numerous times while she continues to
postpone her decision.   Our family has gone through 2 hurricanes and My boys, and I are
trying to put our house back together, all while my husband is held with No Bond.

I also would like to make you aware that the charge in Tampa  that my husband took a plea
on (under duress )was later proven to be another fake charge.  Our old public Defender
Christopher Shaw was pulled from our case just before trial.  This case was what first got my
husband arrested in 2013 (when we discovered the water supply) .  Judge Conrad thought
we would not proceed with trial without the assistance of Christopher Shaw, but we continued
to trial, and they dropped the charges.  We later saw Christopher Shaw went out on his own
and we contacted him for services as he was witness to all the major attacks on our family

since the discovery of the water supply. He returned our call and then faked an email Threat from my husband. My husband was arrested and held with no bond for 9 months on that charge all while the entire Public defender's office and state prosecutors knew it was a falsified email.

Our family has endured more than most will in a lifetime. My two boys have been witnessed to the most corrupt DOJ now for 12 years. Imagine finding something that could help so many people and your family getting attacked for trying to bring it to the public.

We would like to understand why a decision takes so long when the Judge was present at the trial. I do not believe my husband got a fair trial and I also feel Judge Padar has not been fair or impartial.

The Fraud Transfer case is with Judge Walker 2019CA004532NC
Or 2024CA00155NC Hunter Carroll case in which he as an "Administrative judge" declared my husband to be a vexatious litigate to stop him from filing a Mandamus or future lawsuits without approval.

My husband has watched numerous prisoners be released or given a bond with crimes that are horrific, yet he is being held captive for a supposed fraudulent document.

If you would like any follow up documents, I will be happy to provide them. I have proof that the Fake Christopher Shaw e-mail was never found and my husband was held without the "best evidence" rule for 9 months. Now being held for 8 months labeled as a Risk to the Community for wanting to bring Spring Water to the tap.

Respectfully,

Christine Gilberti
812-482-7918

Thank you,

Christine Gilberti

Powered by Cricket Wireless
Get Outlook for Android

📄 **Sworn_Request_for_Prosecution_by_Complaintant_-_Joe_Gilberti_PE_with_Witnesses-1.pdf**
19925K

4:14



Fbi Major Harris >

Text Message
Today 4:08 PM

**Attorney Daniel Hernandez will contact you about Fraud Transfer attached on this link the sarasota county and judges as a whole have stolen over $5 million in tax base to hide the US national defense resource that changes medicine for foreign interest groups who are not with the United States very serious medicine resource see attached water readings**



COMPLAINANT'S NAME : Joseph Gilberti P.E.

SUSPECT INFORMATION:

ADDITIONAL SUSPECT(S):

## Sworn Request for Prosecution by Complaintant - Joe Gilberti PE with Witne...

Modified on Aug 9, 2022                    19.5 MB

+



# AMPS

## AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom it May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have  supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart.  Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call.  Thank you.

Sincerely,

*Jim Murray*

Jim Murray
President

## FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, P.E.,

                    Petitioner,

        -against-

GEORGE W. BUSH; ET AL.,

                    Defendants.

24-CV-7180 (LTS)

ORDER GRANTING IFP
APPLICATION IN PRISONER CASE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff's application for leave to proceed without prepayment of fees is granted. A prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding *in forma pauperis* (IFP), that is, without prepayment of fees. *See* 28 U.S.C. § 1915(b)(1). The Court must collect, when funds exist in a prisoner's account, an initial partial filing fee[1] plus monthly payments. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10, until the filing fees are paid. 28 U.S.C. § 1915(b)(2); *see also* In the Matter of the Prison Litigation Reform Act, Second Amended Standing Order, M10-468 (S.D.N.Y. May 26, 2010) (requiring agencies to calculate and remit the statutory fees for litigants in their custody).

Plaintiff has executed a prisoner authorization that authorizes the agency having custody of Plaintiff, or any agency to which Plaintiff is transferred, to send a certified copy of Plaintiff's prison trust fund account for the past six months to this Court. The prisoner authorization further authorizes the agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those

---

[1] The initial partial filing fee is 20 percent of the greater of – (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint. 28 U.S.C § 1915(b)(1)(A).

amounts from Plaintiff's prison trust fund account (or institutional equivalent), and to disburse those amounts to this Court.

## CONCLUSION

The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiff's prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiff is transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred.

Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:     October 30, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Joseph D. Gilberti, P.E.
_____
**(full name of the plaintiff/petitioner)**

-against-

George W. Bush, et. al.
_____

EPA, FBI, etc
_____
**(full name(s) of the defendant(s)/respondent(s))**

24 CV 7180 (LTS)( )
_____
**(Provide docket number, if available; if filing this with your
complaint, you will not yet have a docket number.)**

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 23 PM 12:35

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

10/17/24
_____
**Date**

_____
**Signature**

Gilberti, Joseph, D.
_____
**Name (Last, First, MI)**

2024-2237(mail) or 200852332
_____
**Prison Identification #**

2020 Main Street          Sarasota          FL          33436
_____
**Address**                **City**          **State**   **Zip Code**

_____

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, P.E.,

                    Plaintiff,

        -against-

UNITED NATIONS ET AL,

                    Defendants.

24cv6083 (LTS)

ORDER GRANTING IFP
APPLICATION IN PRISONER CASE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff's application for leave to proceed without prepayment of fees is granted. A

prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding

*in forma pauperis* (IFP), that is, without prepayment of fees. *See* 28 U.S.C. § 1915(b)(1). The

Court must collect, when funds exist in a prisoner's account, an initial partial filing fee[1] plus

monthly payments. The agency having custody of the prisoner shall forward payments from the

prisoner's account to the Clerk of Court each time the amount in the account exceeds $10, until

the filing fees are paid. 28 U.S.C. § 1915(b)(2); *see also* In the Matter of the Prison Litigation

Reform Act, Second Amended Standing Order, M10-468 (S.D.N.Y. May 26, 2010) (requiring

agencies to calculate and remit the statutory fees for litigants in their custody).

Plaintiff has executed a prisoner authorization that authorizes the agency having custody

of Plaintiff, or any agency to which Plaintiff is transferred, to send a certified copy of Plaintiff's

prison trust fund account for the past six months to this Court. The prisoner authorization further

authorizes the agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those

---

[1] The initial partial filing fee is 20 percent of the greater of – (A) the average monthly
deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account
for the 6-month period immediately preceding the filing of the complaint. 28 U.S.C
§ 1915(b)(1)(A).

amounts from Plaintiff's prison trust fund account (or institutional equivalent), and to disburse those amounts to this Court.

## CONCLUSION

The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiff's prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiff is transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred.

Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated: October 7, 2024
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Joseph D. Gilberti, P.E.*
(full name of the plaintiff/petitioner)

-against-

24  CV  6083  (LTS)(VA)

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

*United Nations, et al.*

*Cancel of Natural Defense ... (illegible)*
(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1)   because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2)   the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1)   send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2)   calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

*Sept 11, 2024*
Date

Signature

*Gilberti, Joseph, D.*
Name (Last, First, MI)

*#2024-2237*
Prison Identification #

*2020 Main Street*      *Sarasota*      *FL*      *33436*
Address          City          State      Zip Code

*Sarasota Jail (Kidnapped For Clean Water In Tap) - Prof Engineer!*

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16



Facts (cont.)

(ii) Respondents have combined Federal and State Funds
to build terrorist attack proned open to the
Sky above Ground Reservoirs with Fuelange/Domestic
syndicated Firms to attack Americas with Tampa
Bay Water Authority and Peace River Manasota Water
Supply. Owned by County Commissions borrowing FEMA
and Federal Matching Funds.

(iii) Both Federal and State Respondents have breached
Title 18 USC, Title 22 USC, Title 42 USC to
attack UK and Florida Citizens.

Conclusion

Wherefore, Petitioner requests this court to vacate Order, as its Federal too,
allow a the evidentiary hearing with professionals in Water Site Sourcing,
Supply, FEMA Grants, Federal/State Matching Fund programs
with Knowledge of (i-iii) above, the complaint and Related and upcoming
cases. And to Amend Complaint thereafter while investigations
at Hail Fraud continue, that is too obvious based on said
issues. Class actions by offices on Fed + State Judges underway.

Certificate of Service

On 8/29/24, Petitioner mailed the Foregoing to Clerk of Court
at 801 N. Florida Ave, Tampa, FL 33602.

cc/FBI, Harris, DOI,                    Joseph D. Gilbert, PE # 2014-2037
Council of Defense, FEMA                2020 Main street, Sarasota, FL 33431
Attorney U.N.            (6)



Joseph D Gilmacti PE.
#2024-2237
Sarasota Total
2000 Main Street
Sarasota FL 33436

Tampa/St. Pete FL 336   86805
TUE 27 AUG 2024 PM

Second Judicial Circuit Court of Florida
Clerk of Court
301 Monroe E Street
Tallahassee, FL 32301



Mailed from the
Sarasota County Jail

FILED
IN CLERK'S OFFICE

2024 SEP -9 PM 1: 05

DISTRICT OF MASS.

U.S. District Court of Massachusetts
Boston, MA

Joseph D. Gilberti, P.E.              Case No: _____
        Petitioner,                              (NEW CASE)
                                              'MANDAMUS'
V.

United States Secret Service; Department of Justice;
U.S. Congress; U.S Senate; Department of Interior; Board of Banking Governors;
Department of Homeland Security; National Resource Defense Council;
Council of National Defense; Army Corps of Engineers; Special Counsel Jack Smith;
Federal Bureau of Investigation (FBI); President Joe Biden; AG: Letitta James;
Vice President Kamala Harris; Attorney General Alvin Bragg, NY.
        Respondents.

Petition For : "Writ of Mandamus"
Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to
FRAP, hereby request a Writ of Mandamus, on Why Petitioner's
whistleblowing / cyberstalking bond, a MISDEMEANOR went from
$500 to "300,000 dollars, in Hillsborough County, Tampa, Florida on
4-15-2013, retroactive with Petitioner's Jog Email (FDEP Torch Run)
5hrs and 4min before Boston Marathon explosion. Just 12 days
after he discovered a World Medicine / Unique access to a "secret
underground River" in Sarasota, Florida. Petitioner was surrounded
by "Secret Service" and basically kidnapped in Tampa 268 days for
Greenberg Turang Law; while a land Grab by Sarasota Commission takes place.

LANDTECH DESIGN Group  (1)                [WWW. Gilberti Blue Gold. com]
                                                  813- 470-6000

In and for United States Southern District of Florida , West Palm Beach, FL

Joseph D Gilberti PE, a licensed Professional                    Case: _____
Engineer in the State of Florida,

Petitioner(s),                                    DEMAND FOR JURY TRIAL  FILED BY _____ C·9 _____ D.C.

v.                                                                              NOV 14 2024

Melania Trump, George W. Bush, Judge Donna Marie Padar,                         ANGELA E. NOBLE
Attorney Ryan Snyder, Judge Stephen Walker, Barron Trump, New York University   CLERK U.S. DIST. CT.
                                                                                S.D. OF FLA. – W.P.B.
US Congressman Vern Buchanan, JD Vance, Eric Trump, Emma Gonzales, Ivanka Trump
Andrew Rosin PA, Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School
Judge Omar A. Williams, Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel,
Judge James Dominguez, Judge Caroyln Delano, Town of Royal Palm Beach, Port Everglades,
Judge James Conrad, Judge Mark Wolfe, Palm Beach County Board of County Commissioners,
Judge Kimberly Carlton Bonner, Lee Pallardy, Broward County Board of County Commissioners,
Thomas Howez, National Sheriff's Association, Town of Royal Beach, Lee County Board of County
Commissioners, City of West Palm Beach, City of Boca Raton, City of Miami, Miami Port Authority,
12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Sheriff Chad Chronister,
Sarasota County Board of County Commissioners, Dade County Board of County Commissioners,
Hillsborough County Board of County Commissioners, South Florida Water Management District,
Benderson Development, U.S. Congress, Ohio Environmental Protection Agency,
Bankruptcy Trustee Luis Rivera, Edward J. DeBartolo, Southwest Florida Water Management District,
Tampa Central Command MacDill Air Force Base, Metropolitan Planning Council,
Dick Cheney, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet
Judge Maria Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council,
Judge Dana Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council,
Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez,
State Attorney Ed Brodsky, Judge Juan Merchan, Treasure Coast Regional Planning Council,
Judge Charles Williams, Judge Thomas Barber, City of Cape Coral, City of Naples, City of Fort Myers,
Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard Rock Casino,
Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg,
Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz,
Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of Environmental Protection
Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of Law Enforcement,
Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Congress man Mike Waltz,
Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks.
Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon
Donald J. Trump, Harvard University, Ohio State University,
Archdiocese of California, State Attorney Thomas Widen, Archdiocese of Miami,
Nancy Pelosi, Hillary Clinton, Barrack Obama, Michelle Obama,
Florida State University, Kamala Harris, Tim Waltz,
Christopher Shaw, Attorney General Ashley Moody, Florida Department of Transportation,
Department of Interior, Sheila Sanghvi, Mayor Eric Adams,
New York City Council, New York Port Authority, Senator Rick Scott
The Washington Post, University of Miami, Cleveland City Council,
Scott Freyre, Environmental Protection Agency (EPA),
Natural Resources Defense Council, The U.S. Surgeon General,
Department of State, Benderson Development, US National Guard,
Wink News, Mosaic Fertilizer, Pfizer Pharmaceutical Industry Company,

1

4:16

Greeting                                          Edit

# Voicemail

**+1 (239) 337-7171**
Fort Myers, FL
November 1, 2024 at 1:10 PM

0:00                                          −0:15

▶                          ◀)))      📞      🗑

### Transcription (low confidence)

"Hi ___ __ ___ __ ___ __
_____ __ __ ___ _ filed
on the Tobar 18th please give me a call
back at area code 239-339-1134 thank
you..."

Was this transcription **useful** or **not useful**?

**+1 (715) 489-9118**          8/13/24   ⓘ
Mattoon, WI                    00:46

**+1 (412) 428-6642**          8/9/24    ⓘ
Carnegie, PA                   00:47

**Unknown**                    7/20/24   ⓘ
unknown                        01:15

**+1 (813) 947-6288**          7/17/24   ⓘ

    

Favorites    Recents    Contacts    Keypad    Voicemail



5:30

← H Hernandez 📞 📹 ⋮



3:30 PM

Mr. Hernandez, FBI
agent wants a call
back as soon as
you can. We want
to meet with him at
the property along
with all of our
witness. We

⊕ 🖼 Text m... ☺ 〰

||| ◯ ‹



5:30

H   Hernandez

witnesses. We
want to discuss
the Fraudulent
Transfer and the
organized Fraud to
subdue my
husband by Padar,
72 partners and
Ryan Snyder. My
husband wants you
to speak on his
behalf. ease tell



Text m...

5:30

← H Hernandez 📞 📷 ⋮

him we want to
meet at the
property and we
want to file police
reports on all
parties involved
with the Fraud
transfer and
kidnapping my
husband who is
the engineer of
record.

⊕ 🖾 Text m... ☺ �s

5:30

← H  Hernandez  📞  📹  ⋮

If he is available at about 2pm, I can have my husband call in to answer any questions. We also would like him to order a water test and we will provide access to the site. Closer to the Heart Permit plans. ↓

⊕  🖼  Text m...  ☺  ᜰᜰᜰ



← (H) Hernandez 📞 📹 ⋮

FBI <u>239-339-1134</u>
Major Harrison

I am not involved in
this part. I am only
involved in trying
to get your father a
new trial on his
criminal case. That
is my only ⌄ole.



⊕ 🖼 Text m... ☺ ∿



5:31

← H  Hernandez  📞  📹  ⋮

is my only role.

That is ok but they
want you to call.
You do not have to
file anything just
speak to him.
Thank you.
Let me know when
you call so we
know that we did
what th ↓ asked.



⊕  🖼  Text m...  ☺  ⑉



5:31

← (H) Hernandez 📞 📷 ⋮

what they asked. You can tell them that you only represent him on the Padar case.

I left him a message but again this has nothing to do with me.



⊕ 🖼 Text m... ☺ ᴵᗷᴵ



← (H) Hernandez 📞 📹 ⋮

Ok. Thank you...no problem.



I blind copied you in a letter that I wrote to the chief judge Moreland.

I already did in my voicemail



⊕  🖼️  Text m...  ☺  ᜄ



← ( H )  Hernandez  📞  📹  ⋮

I blind copied you in a letter that I wrote to the chief judge Moreland.

I already did in my voicemail

Ok

5:06 PM



**4:34**



Daniel

Text Message
Today 3:31 PM



🎵 **voicemail-269.m4a**
Audio Recording · 24 KB

Hey this is Luciano Joe Gilberti's son this is the voicemail from the FBI Agent

I can't download it what does he say.

?



I will call him

Thank you

I left a message

    

**4:20**

 

Daniel

Hey this is Luciano Joe Gilberti's son this is the voicemail from the FBI Agent

I can't download it what does he say.

?



I will call him

Thank you

I left a message



Ok thank you very much

 Gmail

Luciano Gilberti <luciano711gilberti@gmail.com>

---

**Letter to Chief Judge**

christine Gilberti <gilberti-4@hotmail.com>
To: "Lfritz@jud12.flcourts.org" <Lfritz@jud12.flcourts.org>
Cc: Luciano Gilberti <luciano711gilberti@gmail.com>

Fri, **Nov 1, 2024** at 4:38 PM

Dear Honorable Chief Judge Moreland,

My name is Christine Gilberti, and my husband is currently being held with no bond at Sarasota county jail.   We have been waiting for 8 months for Judge Padar to make her ruling on whether my husband will be granted a New Trial.

My husband was found guilty of Lien fraud during a trial that should not have even taken place.  My husband was already acquitted on the same charge on a VOP with Judge Goudie out of Tampa.  Judge Goudie did not see Lien fraud and during the VOP hearing we were able to question the detective.  During that hearing we were able to determine that my husband's arrest was a ploy to make him unavailable for his Civil Cases.  Also, the Detective Wyche (whom had never investigated lien fraud prior) was unavailable for trial, along with several other witnesses that were subpoenaed for trial.

Judge Padar has described my husband as a risk to the community.  Judge Padar did not allow my husband to bring up his previous acquittal to the jury,  nor was he allowed to bring up any of the previous false arrests that he has been subjected to. Padar did not permit any of his supporting evidence and when jury selection began, she upped his charges.

I am not sure if you are aware, but my husband is a Professional Engineer and we have been trying to permit an Alkaline Spring to the surrounding areas.  Our property (containing the water source) is currently in litigation as a fraudulent transfer has taken place.  This fraudulent transfer has been spelled out in several cases within your circuit.    I will attach the fraudulent transfer for your review.

We currently have permits in for the pipeline.  The project is called "Closer to the Heart Alkaline Spring Transmission Pipeline".
Our goal is to provide a more healthy and viable drinking source to the public along with lower water bills.

My family has been to Judge Padars courtroom numerous times while she continues to postpone her decision.   Our family has gone through 2 hurricanes and My boys, and I are trying to put our house back together, all while my husband is held with No Bond.

I also would like to make you aware that the charge in Tampa  that my husband took a plea on (under duress )was later proven to be another fake charge.  Our old public Defender Christopher Shaw was pulled from our case just before trial. This case was what first got my husband arrested in 2013 (when we discovered the water supply) .  Judge Conrad thought we would not proceed with trial without the assistance of Christopher Shaw, but we continued to trial, and they dropped the charges.  We later saw Christopher Shaw went out on his own and we contacted him for services as he was witness to all the major attacks on our family

since the discovery of the water supply. He returned our call and then faked an email Threat from my husband. My husband was arrested and held with no bond for 9 months on that charge all while the entire Public defender's office and state prosecutors knew it was a falsified email.

Our family has endured more than most will in a lifetime. My two boys have been witnessed to the most corrupt DOJ now for 12 years. Imagine finding something that could help so many people and your family getting attacked for trying to bring it to the public.

We would like to understand why a decision takes so long when the Judge was present at the trial. I do not believe my husband got a fair trial and I also feel Judge Padar has not been fair or impartial.

The Fraud Transfer case is with Judge Walker 2019CA004532NC
Or 2024CA00155NC Hunter Carroll case in which he as an "Administrative judge" declared my husband to be a vexatious litigate to stop him from filing a Mandamus or future lawsuits without approval.

My husband has watched numerous prisoners be released or given a bond with crimes that are horrific, yet he is being held captive for a supposed fraudulent document.

If you would like any follow up documents, I will be happy to provide them. I have proof that the Fake Christopher Shaw e-mail was never found and my husband was held without the "best evidence" rule for 9 months. Now being held for 8 months labeled as a Risk to the Community for wanting to bring Spring Water to the tap.

Respectfully,


Christine Gilberti
812-482-7918


Thank you,

Christine Gilberti

Powered by Cricket Wireless
Get Outlook for Android

📄 **Sworn_Request_for_Prosecution_by_Complaintant_-_Joe_Gilberti_PE_with_Witnesses-1.pdf**
19925K

4:14



**Fbi Major Harris**

Text Message
Today 4:08 PM

Attorney Daniel Hernandez will contact you about Fraud Transfer attached on this link the sarasota county and judges as a whole have stolen over $5 million in tax base to hide the US national defense resource that changes medicine for foreign interest groups who are not with the United States very serious medicine resource see attached water readings



**Sworn Request for Prosecution by Complaintant - Joe Gilberti PE with Witne...**

Modified on Aug 9, 2022          19.5 MB

+

**Fbi Major Harris** ›

Modified on Aug 9, 2022   19.5 MB



+ Text Message

**AMPS** AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom it May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart. Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call. Thank you.

Sincerely,

Jim Murray

Jim Murray
President

**FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS**

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, P.E.,

Petitioner,

-against-

GEORGE W. BUSH; ET AL.,

Defendants.

24-CV-7180 (LTS)

**ORDER GRANTING IFP
APPLICATION IN PRISONER CASE**

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff's application for leave to proceed without prepayment of fees is granted. A

prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding

*in forma pauperis* (IFP), that is, without prepayment of fees. *See* 28 U.S.C. § 1915(b)(1). The

Court must collect, when funds exist in a prisoner's account, an initial partial filing fee[1] plus

monthly payments. The agency having custody of the prisoner shall forward payments from the

prisoner's account to the Clerk of Court each time the amount in the account exceeds $10, until

the filing fees are paid. 28 U.S.C. § 1915(b)(2); *see also* In the Matter of the Prison Litigation

Reform Act, Second Amended Standing Order, M10-468 (S.D.N.Y. May 26, 2010) (requiring

agencies to calculate and remit the statutory fees for litigants in their custody).

Plaintiff has executed a prisoner authorization that authorizes the agency having custody

of Plaintiff, or any agency to which Plaintiff is transferred, to send a certified copy of Plaintiff's

prison trust fund account for the past six months to this Court. The prisoner authorization further

authorizes the agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those

---

[1] The initial partial filing fee is 20 percent of the greater of – (A) the average monthly
deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account
for the 6-month period immediately preceding the filing of the complaint. 28 U.S.C
§ 1915(b)(1)(A).

amounts from Plaintiff's prison trust fund account (or institutional equivalent), and to disburse those amounts to this Court.

## CONCLUSION

The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiff's prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiff is transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred.

Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:    October 30, 2024
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Joseph D. Gilberti, P.E.
(full name of the plaintiff/petitioner)

-against-

24 CV 7180 (LTS) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

George W. Bush, et. al.

EPA, FBI, etc
(full name(s) of the defendant(s)/respondent(s))

### PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

10/17/24
Date

Signature

Gilberti, Joseph, D.
Name (Last, First, MI)

2024-2237(mail) or 200852332
Prison Identification #

2020 Main Street
Address

Sarasota
City

FL
State

33436
Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, P.E.,

Plaintiff,

-against-

UNITED NATIONS ET AL,

Defendants.

24cv6083 (LTS)

ORDER GRANTING IFP
APPLICATION IN PRISONER CASE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff's application for leave to proceed without prepayment of fees is granted. A

prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding

*in forma pauperis* (IFP), that is, without prepayment of fees. *See* 28 U.S.C. § 1915(b)(1). The

Court must collect, when funds exist in a prisoner's account, an initial partial filing fee[1] plus

monthly payments. The agency having custody of the prisoner shall forward payments from the

prisoner's account to the Clerk of Court each time the amount in the account exceeds $10, until

the filing fees are paid. 28 U.S.C. § 1915(b)(2); *see also* In the Matter of the Prison Litigation

Reform Act, Second Amended Standing Order, M10-468 (S.D.N.Y. May 26, 2010) (requiring

agencies to calculate and remit the statutory fees for litigants in their custody).

Plaintiff has executed a prisoner authorization that authorizes the agency having custody

of Plaintiff, or any agency to which Plaintiff is transferred, to send a certified copy of Plaintiff's

prison trust fund account for the past six months to this Court. The prisoner authorization further

authorizes the agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those

---

[1] The initial partial filing fee is 20 percent of the greater of – (A) the average monthly
deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account
for the 6-month period immediately preceding the filing of the complaint. 28 U.S.C
§ 1915(b)(1)(A).

amounts from Plaintiff's prison trust fund account (or institutional equivalent), and to disburse those amounts to this Court.

## CONCLUSION

The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiff's prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiff is transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred.

Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:     October 7, 2024
           New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT - 3 2024

PRO SE OFFICE

Joseph D. Gilberti, P.E.
(full name of the plaintiff/petitioner)

-against-

24 CV 6083 ( LTS ) ( VA )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

United Nations, et. al.

Cartel of Natural Defense, a list know in

(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

Sept 11, 2024
Date

Signature

Gilberti, Joseph, D.
Name (Last, First, MI)

#2024-2257
Prison Identification #

2020 Main Street    Sarasota
Address              City

FL       33436
State    Zip Code

Sarasota Jail (kidnapped for Clean water in Tax) - Prof Engineer!
Again!      (Epump)

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**                    *Retail*

**P**  US POSTAGE PAID
$10.45   Origin: 33931
11/26/24
1130800440-03

**PRIORITY MAIL®**

1 Lb 10.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 11/29/24

C028

SHIP
TO:   RM 202
701 CLEMATIS ST
WEST PALM BEACH FL 33401-5113

**USPS TRACKING® #**



9505 5139 3983 4331 1264 19

FROM: Joe Gilberti PE

#2024-2237

2020 Main St

Sarasota FL, 34237

USPS RESTRICTED

BY _____

**TO:**
Paul G. Rogers Federal Building
E US Courthouse
701 Clematis St, Room 202
West Palm Beach, FL 33401





EP14F October 2023
QD: 12 1/2 x 9 1/2