# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 27, 2024



Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 24-13948-J
Case Style: Joseph Gilberti, Jr. v. Donald Trump, et al
District Court Docket No: 9:24-cv-81065-DMM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-13948-J

_____

JOSEPH DENNIS GILBERTI, JR., PE,

                                                  Plaintiff - Appellant,

versus

DONALD J. TRUMP,
VICE PRESIDENT OF THE UNITED STATES
OF AMERICA,
PRESIDENT OF THE UNITED STATES
OF AMERICA,
SPECIAL COUNSEL JACK SMITH,
AG ALVIN BRAGG, et al.,

                                                  Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Joseph Dennis Gilberti, Jr. failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective December 27, 2024.

                                              DAVID J. SMITH
                          Clerk of Court of the United States Court
                             of Appeals for the Eleventh Circuit

                                                                   FOR THE COURT - BY DIRECTION